NOTICE IM NOT INTERESTED IN WAISTING YOUR TIME OR MINE, THANKS FOR YOUR PROMPT ATTENTION AN CONSIDERATION.

TRUE NAME MR, DAVID MARTINEZ.
IVE BEEN FRAMED UNLAWFULLY CRIMINALLY AN LABLED NAME ROBERT AVASQUEZ AN ITS NEVER BEEN MY NAME OR TRUE NAME

NAME

CD.C.# E38193

PRISON NUMBER

4-BYRD 1" RIGHT #27 / P.O. BOX 3481

CURRENT ADDRESS OR PLACE OF CONFINEMENT

CORCORAN CA 93212 LAY MAN INPRO PER

CITY, STATE, ZIP CODE

FILED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

'08 CV 1489 WQH POR

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

CHIEF JUSTICE AN MAGISTRAITS

UNITED STATES CONSTITUENT SUFFICIENT INDICIA OF RELIABILITY HARSH AN REALITY OF PROOF, EVIDENCE, TRUSTWORTHINESS STANDARDS PROVING INNOCENT

DAVID EDWARD MARTINEZ,

(FULL NAME OF PETITIONER)

PETITIONER

v.

STATE OF CALIFORNIA COUNTY OF SAN DIEGO MORAL TURPITUDE INITATIVES

(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS]) AN COHORTS STATE WIDE FOR THE PEOPLE OF THE COUNTY OF SANDIEGO REAL PARTY OF INTEREST AN UNJUSTICE IMMUNITY UNCHASTIZED RESPONDENT

and

UNCOMPRIMIZED RESPONSIBLE AS ADULTS

The Attorney General of the State of California, Additional Respondent.

AN IT DEPRIVING ME OF MAKING XEROX COPYS CAUSE IM INDIGENT.

UNITED STATES FEDERAL RULES OF HABEAS CORPUS RULE 2(C)

Civil No. ________________
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

UNITED STATES REMEDIAL LAWS PREVAIL
UNITED STATES CODE 28 § 2241 (1994)
UNITED STATES CONSTITUTION TRAIT HONESTY IMPPECABLE HARSH INNOCENT

PETITION FOR WRIT OF HABEAS CORPUS,
UNITED STATES CODE TITLE 18 SECTION 3731
UNITED STATES CRIMINAL APPEALS ACTS
UNDER 28 U.S.C. § 2254(A) OR § 2255, RULE SUPRA #1(B)C
BY A PERSON IN STATE CUSTODY

UNITED STATES ORDER PROHIBITING SUPPRESSING EVIDENCE.
UNITED STATES CODE TITLE 21 § 848(9)(4)(B) 1994
MC FARLAND V SCOTT 114 S.CT. 2568 (1994)
UNITED STATES V. MALA, 7 F.3d, 1058, 1064, 1ST CIR 1993.
UNITED STATES V. SAVAGE., 547 F2d, 212, 214, 3d CIR (1976)
UNITED STATES CODE 18 TITLE, § 3006 3006 A (G)
AN COMPENSATION FOR ALL DAMAGES.

1. Name and location of the court that entered the judgment of conviction under attack: THE COMMUNIS MORAL TURPITUDES PANDAMONIA EFFECTS SIMI COHERENT NOXIOUS FORMALITY LARCENOUS INTENTION LOCUS DELICTI SANDIEGO CO DOWNTOWN CALIF & COHORTS

2. Date of judgment of conviction: I FEEL THAT THE JUDICIAL SHIELED UNLAWFULL MALFESANCE WAS PREMEDITATED BEFOR MY BIRTH 10/18/64. PROOF RELUCTANCY TO PREVENT OFFICIAL INCIVISM

3. Trial court case number of the judgment of conviction being challenged: CR86909 - CR84869 - SCD 111782 - CR106606 AN ITS MENSREA MORAL TURPITUDE JUDICIALLY UNLAWFULLY PROMOTED FELONIOUS COERSIVE TRAIT TO TRENDSET DEATH TO MY TRUTHFULLNESS STANDARD & EVIDENCE AN PROOF AS MY WITNESS.

4. Length of sentence: THE UNLAWFULL AN HABITUAL LETHAL AN STANDARD FELONIOUS JUDICIALLY SHIELEDED PREMEDITATED SENSATIONALISM COHERENT AN SIMI COHERENT ENTHUSIASM TRENDSETING PRIORITY OF THE HORRID BLOODY PAINFILLED ATTEMPTED CUTING OR CARVING MY BRAINS MY FACE MY SKULL OFF MY NECK AN SHOLDERS AN ANY STANDARD OF HONESTY REALITY ALL PROOF AN COMPETENT COHERENT RIGHTIOUS PROVANUNCE ASSURANCE AN INSURANCE THAT I DONT HAVE TO CONDONE TO PREMEDITATED CRIME OR DISTROTIONS OF EVIDENCE THE TRUTHS AN PROOFS AS MY WITNESS OR THE FACT IM INNOCENT AN HARSH REALITY OF FUNDAMENTAL IMPPECABLENESS TRAITS AN EFFECTS OF OF MY DISIRE HABITUAL PREVENTING ANY DECEASEMENT OF ANY BODY OF RIGHT THE LIVESAVING CODE OF PROVANAUNCE ETHICS AN LIVING MEANING AN ENDORSEMENTS OF MY CONTRYS CONSTITUTION OF THESE UNITED STATES EXSPECIALLY TO PREVENT OFFICIALS INCIVISM CAPITOLIZING COMPLIMENTATION THAT HAS EXTENSIVELY AS A STANDARD ASSURANCE THAT THEY DONT CARE ABOUT SAVING HUMAN LIVES, THEY CARE ABOUT THE CHARGES AN ALLEGATIONS THAT THE DISTRICT ATTORNEY HAS TO PROVIDED OF JOB SECURITYS PREMEDITATED LETHAL CRUELTY TO SHIFT THEIR BURDEN OF GUILT AT SOME POINT IN TIME FROM THEIR EFFECTS OF WRONG-DOINGNESS TO ME THEIR VICTIM & TRUTHS.

**This petition concerns:**

[YES] A conviction UNLAWFULL [ ] Parole

[YES] A sentence UNLAWFULL [ ] Credits

[YES] Jail or prison conditions UNLAWFULL [YES] Prison discipline

[YES] Other *(specify)*: IN STATE OF CALIFORNIA OFFICIALS DREAD TO NEGLECT TO REZENT TO ACKNOWLEDGE THE TRUTH AS MY WITNESS MY LIFESAVING CLEAN HAND EXTRA EFFORT DECREED PHYSICAL FIT GALLANTRY AN GOODWILL WELLNESS PREVAIL MANDINTORIUM AS A CITIZEN OF THE UNITED STATES OF AMERICA. STATE OF CALIFORNIA OFFICIALS AN OCCUPATIONAL ACCOMPLICES INFATUATEDLY SEEK IN LUCRATIVE PREVAIL IN TYRANTICAL HABITUAL SPITEFULL UNCHASTEN STYLISH TREND DREAD TO NEGLECT TO REZENT TO ACKNOWLEDGE THEIR WONGFULL "OUTLAWING" SUPPORT OF UNSHAME, UNDISGRACES, UNEMBARRASSMENT, OF THE ORDERS WROTE INPURE GOLD INLAYED WITH U.S.A. JUSTICE BLUE THAT SHADOW PURPEL OF MY GOLD MEDAL AN PATCH PERSONALLY DIRECTLY AN FIRST HANDERLY FROM DECREE AN INVENTION DEFENDED BY THE LIVING HUMAN LIFE AN AUTHERIZED FROM MY COUNTRYS

1. Your name: SUPERIOR EXCELLENCY HONORABLE RIGHTIOUS DIGNITARY CHIEF OFFICER COMMANDER AN CHIEF ETERNAL PRESIDENT JOHN. F. KENNEDY OF THE UNITED STATES OF AMERICA U.S.A. PHYSICAL, LIVESAVING, FITNESS FOR WHICH IM AN EXECUTIVE MR. DAVID MARTINEZ

2. Where are you incarcerated? CALIFORNIA STATE ~~PRISON~~ PRISON OFFICIAL COMPLEX.

3. Why are you in custody? ([YES] UNLAWFULL Criminal Conviction) [ ] Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

IN STATE OF CALIFORNIA OFFICIALS AN OCCUPATIONAL ACCOMPLICES INFATUATED LUCRATIVE UNCHASTEN COLLUSION AN DREAD TO NEGLECT TO REZENT TO ACKNOWLEDGE THE TRUTH AS MY WITNESS. I'VE BEEN WRONGFULLY, BLUDGEONED AN LEFT BLOODY MANY TIME WHILE HAND CUFFED AN SHACKELED KICKED AN PUNCHED STABED AN SPIT ON AN PERSECUTED FOR SAVING HUMAN LIVES, SAVEING CHILDKIND HUMAN KIND FEMALE KIND FROM GETTING KIDNAPED MURDERED DECAPITATED FOR WHICH HAS LEFT ME A SURVIVOR OF HUMAN DECAPITATION AS ON CARDIF ST IN LEMON GROVE SANDIEGO IN 1981-1982 AN AN I'VE BEEN POISON WITH ILLEGAL NEDDEL SHOTS WHILE HAND CUFF FOR BEING A SURVIVOR OF HUMAN DECAPITATION AN BECAUSE HEALING FROM MY WOUNDS I COULDNT HOLD AN JUDICIAL REVIEW. IN OFFICIAH OFFICIALS DREAD TO NEGLECT TO REZENT TO ACKNOWLEDGE THE TRUTH AS MY WITNESS MY LIVES SAVING AN PHYSICAL FIT EXTRA EFFORT GALLANTRY GALLANTRY I'VE BEEN FRAMED CRIMINALLY WITH EXTENSIVE PSYCOPATHIC ALLEGATION OF ROBBERY, ATTEMPT ROBBERY, AUTO THEIF, BURGLARY, LARCEN

b. Penal or other code sections: AN CONVICT I AM BECAUSE I AM NOT A CHILD MOLESTER OR COMMUNIST "RECIDIVIST" P.C. 667. B1 AN IM WRONGFULLY BEING PERSECUTED AN CONVICTED TO DESTROY ANY FORGIVENESS AN SOLATIUMS TO BECAUSE IM NOT A CHILD MOLESTER AN AM NOT IN PROMOTION OF OFFICIALS MEGALOMANIAC UNCHASTEN DESECRATIONS, DEVASTATIONS AN DESTRUCTION OF U.S.A. ~~GOODWILL~~ WELLNESS. & P.C. 667. A-1

c. Name and location of sentencing or committing court: STATE OF CALIFORNIA COUNTY OF SAN DIEGO, SUPERIOR COURT AN DEPARTMENT 18

d. Case number: C.R. 868909, S.C.D. 111782, ETC ~~BOOKING~~ # 95121248

e. Date convicted or committed: PREVIOUS AN SUBSEQUENT TO AUGUST 6TH 1989

f. Date sentenced: LET THE RECORDS REFLECT

g. Length of sentence: LET THE RECORDS REFLECT

h. When do you expect to be released? AS SOON AS THE TRUTH AS MY WITNESS IS HONORED AN RESPECTED THAT PROVEN THE FACTUAL "TRUTH" OF MY INNOCENCE

i. Were you represented by counsel in the trial court? [NO] Yes. [YES] No. If yes, state the attorney's name and address:

NO IN C.R. 868909 PUBLIC DEFENDER LOLARDO REJECT SUPPORT OF PRESIDENT OF THE UNITED STATE OF AMERICA ORDERS OF GOLD FOREMENTION-ED AN WRONGFULLY HAD ME CONVICTED AN SENTENCED FOR NO WRONG OF MY OWN DOING.

NO PER S.C.D. 111782 ALTERNATE PUBLIC DEFENDER WIRKUS. WRONGFULLY OUTLAWED MY LEGAL DEFENSE AN FOR TRIAL. I NOTIFIED WIRKUS THAT I WAS NOT IN APPROVAL OF HER CONTINUED INFATUATED BREACH OF CONTRACT AN HER SWORN WORK TO SHOW UP A THE JAIL WERE I WAS WRONGFULLY INCARCERATED TO BUILD MY LEGAL DEFENSE, SHE WIRKUS AT THAT MOMENT IN COURT WON MY TRUST AN TOLD THE OPEN COURT SHE WAS BUILDING MY LEGAL DEFENSE AN HAD MANY AVENUES TO RESEARCH. AN SPITEFULLY AGAIN WOULD NOT SHOW UP FOR HER SCHOULED ATTORNEY VISITS WITH ME. I DID PREVIOUS GIVE WIRKUS A ADDRESS TO MY AUNT AN THOUGHT SHE WIRKUS WENT THAT WAY TO BUILD MY LEGAL DEFENSE. ON TRIAL DAY I WAS SURPRIZED TO HEAR WIRKUS SAY SHE WAS READY FOR TRIAL SO WE STARTED, AN FOR THE FIRST TIME OF MY LIFE IN OPENNING ARGUE-MENTS I FOUND OUT WHEN WIRKUS TOLD ME AN THE COURT THAT WIRKUS DID NOT BUILD MY LEGAL DEFENSE BECAUSE WIRKUS FELT I DID NOT NEED ONE, AN I GOT FRAMED CRIMINALL AN WRONGFULLY CONVICTE

4. What was the LAST plea you entered? *(check one)*

~~[YES] Not guilty~~ ~~[ ] Guilty~~ [YES] Nolo Contendere [YES] Other: NOT GUILTY

5. If you pleaded not guilty, what kind of trial did you have? AN ILLEGAL ONE'S MY LEGAL DEFENSE WAS WRONGFULLY OUTLAWED BEING BUILT AN ENFORCED

[YES] Jury [NO] Judge without a jury [YES] Submitted on transcript MAYBE THEY DID IT THIS WAY TO [YES] Awaiting trial

COUNTY OF SAN DIEGO DEPARTMENT OF THE ALTERNATE PUBLIC DEFENDERS
110 WEST "C" STREET. SUITE 1100
SAN DIEGO. CALIFORNIA 92101
ATTORNEY, LOLARDO, PER C.R. 868909

PUBLIC DEFENDER MARY BETH WIRKUS HEIGEL

UNLAWFULL

5. Sentence start date and projected release date: INDETERMINATE HABITUAL DISIRED STEALTHY HORRID AN FELONIOUS BLOODY LETHAL PENALITY OF HUMAN DEATH AN TO HONEST OF THE TRUTHS AN PROOF AN EVIDENCE AS MY WITNESS BECAUSE IVE SAVED LIVES OF UNITED STATES CITIZENS & TRUTH.

6. Offense(s) for which you were convicted or pleaded guilty (all counts): IM INNOCENT RIGHT, BUT UNLAWFULLY CONVICTED AN HELD FOR CRIMES IVE NEVER EVER COMMITTED SUCH AS ~~THEFT~~ ROBBERY, THIEF, OR BURGLARY, FALSE INFORMATION OR REPRESENTING OF MYSELF OR ACTIONS, ATTEMPTED ROBBERY, FELONY CONDUCT, TAKING AN DRIVING VEHICLE UNLAWFULLY.

7. What was your plea? (CHECK ONE)

FRIENDS I AM (a) Not guilty • PROOF UNDISTORTED STANDARDS & TRUTHS AS MY WITNESS. YES, YOU READ RIGHT!

(b) ~~Guilty~~ UNLAWFULLY OFFICIALS GIVE ME NO ALTERNATIVE THAN TO CONFORME TO THEIR INCIVISM ASSURED ACTS

(1987, etc) (c) Nolo contendere • UNLAWFULLY COERSED BECAUSE OF THE HUMAN ~~DEATH PEN~~ PENALTY OF DEATH AN ITS JUDICIALLY (868909) SHIELED HORRID LETHAL FELONIOUS UNCHASTEN CRUELTYS, AS-SURED FABRICATED ALLEGATIONS AGAINST ME!

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)

(a) Jury • WHEN CAN I GET A BRAND NEW TRIAL AN UNITED STATES CONSTITUTION FAIR & SPEEDY ONE?

(b) Judge only •

9. Did you testify at the trial? • Yes • No — I COULD NOT BECAUSE IT AND MY EVIDENCE AN TRUTHFULLNESS STANDARD HONESTY OF REALITYS RIGHTIOUS PROOF AS MY WITNESS HAS BEEN REZENTED BECAUSE OF ITS HARSH IMPPECABLE NESSAN PROOF IM INNOCENT WOULD CONVICT OFFICIALS COHORTS & MALFESANCE.

**DIRECT APPEAL**

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?

• Yes • No — IM NOT LAWYER OR ATTORNEY AN THE ONES GIVEN TO ME TREATED AS A TOTALL NEUSANCE RESPECTS AN COMMON COURTESY IN CORRESPONDENCE & COMMUNICATIONS AN DEMANDED THAT I UNLAWFULLY ABANDON MY MY UNITED STATES CONSTITUTION RIGHT AN TO DIRECT APPEAL. THUS PROMOTIN- CAUSE I DID NOT COMPLY.

10-YRS PEACED TO MY TERM

11. If you appealed in the **California Court of Appeal**, answer the following:

(a) Result: OFFICIALS INFATUATIONS IN IMPULSIVE & COMPULSIVE PANDAMONIA MENS REAS EFFECTS

(b) Date of result, case number and citation, if known: PREVIOUS & SUBSEQUENT TO DATE, DA NOP5777601, D047197, D024602, SCD111782, CR868909, CR106606, CR84869

(c) Grounds raised on direct appeal: COUNSEL PERSONAL DISFUCTIONAL SENSABILITYS NUDUM PACTUM UNLAWFULL NEUTRALITYS & THAT REZENTS TO STANDERIZE THE UNCOMPRIMIZED HONESTYS TRUTHS AN EVIDENCE PROVING VIA SCD111782 (R.T. pp. 159-160) THAT IM INNOCENT AGAIN

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following: IM NOT A LAWYER I HAVE ~~NO~~ NO WAY TO GET PROMPT LEGAL ADVICE AN COMPETENT INSTRUCTIONS, SO THE LAWYERS HAVE UNLAWFULLY ABANDON ANY THING

(a) Result: OTHER THEN ITS FEELING SORRY FOR ITS SELF AN ITS EXCUSES TO PROMOTE NON REMEDIAL LAWS.

(b) Date of result, case number and citation, if known: ITS # S145934 IVE PATIENTLY WAITED RESPONSED BUT THEIR INCOHERENT OF ANY STANDARD TO PROCESS CURRENT STATUS AN MY WRIT H.B.S

(c) Grounds raised: DISCLOSING DISIRE ALL TRUTHS AN PROOF AS MY WITNESS THAT PROVES HABITUALLY IM INNOCENT & HARSH REALITY OF IMPPECABLE NESS THE EVIDENCE IVE USE TO SAVE HUMAN U.S.A. LIVES OF MY HABITUAL EFFORTS OF PRACTICE OF DISIRE PREVAIL PREVENTING THE DECEASEMENT OF ANY BODY OF MY RIGHT TRUTH STANDARD UNDISTORTED EVIDENCE HONESTY REALITY THE LIVE SAVING CODE OF ETHICS OF MY COUNTRYS PROVANANCE AN FOUNDING FATHERS OF THESE UNITED STATES AN TO FUNDAMENTAL FACT IT AS ASSET I HABITUALLY DONT HAVE TO CONDONE TO PREMEDITATED CRIMES OR DISTROTIONS TO WIT OF HONESTYS EVIDENCE OR ASSURANCE & INSURANCE OF PREVENTING MURDER ESPECIALLY AS A RESPONIBLY CITIZEN AN ADULT OF THE UNITED STATES ACCOUNTABLE FOR ALL MY ACTIONS AN HONOR SYSTEM OF TRUSTWORTHYNESS OF EVIDENCE PROVING LONG AGO IM INNOCENT, UNDISTORTED PREVAIL VIA THE UNITED (STA) STATES CONSTITUTION OF LAWS AN TO PREVENT OFFICIALS CAPITOLIZING TRENDSETING THE HORRID AN FELONIOUS PLEAGUE OF THE ATTEMPT OF NOTHING LESS THAN THE TWITCH OF TIME 28-2-YEARS OF CUTING MY BRAINS MY FACE MY SKULL MY HEAD OFF MY BODY NECK & SHOLDERS SINCE I WAS A CHILD & ON IN TO MY ADULT LIFE ALL HONESTY EVIDENCE AN TRUSTWORTHY NESS STANDARDS OF COMPETENT COHERENT TRAIT RESPONSIBLE AS ADULT UNITED STATES CITIZEN STANDARD OF DECENCY AN PROOF AN TRUTH & TRUTHS REALITY LONG PROVING THAT I AM INNOCENT AN NEVER LEGALLY AN MORE THAN ONCE UNLAWFULLY ARREST, TRIALED AN SENTENCED TO PRISON FOR THING IVE NEVER EVER DONE. AS OFFICIAL INCIVISM TOUT ITS A BIG ORGANIZATION AN THEY DONT CARE ABOUT SAVING HUMAN LIVES ETC.

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition: NOT YET, HOWEVER, WHEN AN HOW DO I DO IT?

(a) Result: UNCOMPRIMIZED UNITED STATES CONSTITUTION REMEDIAL LAWS PREVAIL EVIDENCE, HONESTY TRAIT PROOF AN TRUTHS AS MY WITNESS.

(b) Date of result, case number and citation, if known: ______

(c) Grounds raised: ______

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
- Yes (No) HOWEVER IN 2000 ONE WITH (EGH) CALIFORNIA EASTERN DISTRICT COURTS WHOM ONLY UNLAWFULLY COMPLIMENTED $ FINE & PENALTY OF DEATHS AGAINST ME!

15. If your answer to #14 was "Yes," give the following information:

(a) **California Superior Court** Case Number: UNITED STATES CODE 42 § 1983, ETC

(b) Nature of proceeding: JUSTICE PREVAIL UNDISTORTED

MANY (c) Grounds raised: IN-RE ROLDAN V PACETTE, 984 F.2d 85, 87 (2d CIR 1993)

(d) Did you receive an evidentiary hearing on your petition, application or motion?
- Yes (No)

(e) Result: ______

(f) Date of result: ______

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
- (Yes) No

THEIR COURTS COLLUSION NEUTRALITY POSSISION IS A TRAIT OF UNLAWFULL ASSURANCE & EFFECT PROMOTES AMICUS CURIAE IS MY CAUSE OR OF ~~BEEN~~ RECIDIVISM, AN PLUS I HAVENT STEPED ON A BUG IN 12 YRS.

17. If your answer to #16 was "Yes," give the following information:

(a) ~~California Court of Appeal~~ Case Number: (HEABEAS HABEAS CORPUS #18105

(b) Nature of proceeding: MORAL TURPITUDES MENS REA JUDICIALLY SHIELED SIMI COHERENT EXHAULTAED PANDAMONIAS UNCHASTIZED PARAPHNELIA.

(c) Grounds raised: THE HARSH REALLITY OF IMPPECABLENESS HONESTYS TRUTHS AN EVIDENCE NEEDED RECOGNITION IN THE PROOF AN UNCOMPRIMIZED ASSURANCE & INSURRANCE AS MY WITNESS PROVIDING TRAIT AN OF PROVANUNCE THAT I AM INNOCENT & VIRSES OFFICIALS INCIVISM DOUBLE STANDARDS.

(d) Did you receive an evidentiary hearing on your petition, application or motion?

- Yes
- ~~No~~ (circled: No)

(e) Result: THEY ASK ME TO FILE ON JULY 21ST 06, I DID FILED AUGUST 11TH 2006 #S145934 THUS PLACED UNLAWFULL LIMBO MY IMPPECABLE & INNOCENT VENUES & REDRESS.

(f) Date of result: THEY ON SEVERAL AND EVERY STATUS SUMMARY REQUEST OR INSTRUCTIONS SINCE AUG 11TH 2006. ITS JUNE 25TH 2008 TO DAY AN NOW I GUESSING THIS MAY BE THE NEXT STEP I TAKE TO PREVENT THE DESTROYING OF WHAT I MAY HAVE BEEN ABLE TO BUILD OF MY LIFE, TOTALLY WITH OUT CALIFORNIA OFFICIALS COMMUNIST & NEUTRALITYS EXTENSIVE & RESOLUTE NONJUSTICE.

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?

- Yes
- No (circled) FORMENTIONED

19. If your answer to #18 was "Yes," give the following information:

(a) **California Supreme Court** Case Number: OF THE UNITED STATES, S145934

(b) Nature of proceeding: WHATS THAT? I FEEL THAT UNDISTORTED JUSTICE PREVAIL & PROOF TRUTHS IM INNOCENT!

(c) Grounds raised: PROOF BE RECOGNIZED UNCOMPRIMIZED AS RESPONSIBLE ADULTS UNITED STATES CITIZENS AN TO FACT PROVING LONG AGO THAT BEYOND ALL REASONABLE DOUBTS THAT IM INNOCENT. NOTICE, UNLAWFULLY I WAS NOT ALLOWED A UNITED STATES CONSTITUTIONAL TRIAL OR AGAIN ANY EVIDENCE OF MY OWN CHOICE PROVING UNDISFUCTIONALY IM INNOCENT, NOTICE APRIL 11TH 1995 SAN DIEGO COUNTY SUP COURT PRELIM HEARING PAGE 21, LINE 4 TO LINE 11, I WAS PROVIDED THAT DATA PROOF MANY YEARS AFTER TRIAL 1995. AN SINCE THAT DATA AN ALOT OF OTHER EVIDENCE BEEN CONFINSCATED AN DESTROYED BY ATHORITYS UNLAWFULLY STANDARD OF CALLING IT CONTRABAND BE CAUSE IT PROVEN IM INNOCENT, AN DOES NT FEED OFFICIALS CHAOS & FELONIOUS STANDARD TO MAKE ITS JOB SECURITY AN MAKE ITSELF LOOK IMPORTANT, CALLING THEIR DICTUM AGAINST ME POPULATION CONTROL AN OFFICIALS ARE STATE WIDE GLAD & TOUT ITS A GOOD THING ITS COST LIVES OF LIVING HUMAN BEING INNOCENT IN FACT AN PROOF IM INNOCENT AS WELL. OFFICIALS ASSURE THAT THEY PLAN TO KILL ME BECAUSE WHEN THE ~~COST~~ COAST IS CLEAR IM AN IM NOT OF THEIR SAME FAITH OBVIOUSLY SINCE MY BIRTH!

(d) Did you receive an evidentiary hearing on your petition, application or motion?

- Yes
- No (circled)

(e) Result: ___

(f) Date of result: ___

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the California Supreme Court, containing the grounds raised in this federal Petition, explain briefly why you did not:

IM NOT LAWYER

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
   - (Yes) • No (IF "YES" SKIP TO #22)
   - (a) If no, in what federal court was the prior action filed? ______
     - (i) What was the prior case number? ______
     - (ii) Was the prior action (CHECK ONE):
       - Denied on the merits?
       - Dismissed for procedural reasons?
     - (iii) Date of decision: ______
   - (b) Were any of the issues in this current petition also raised in the prior federal petition?
     - Yes • No
   - (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
     - Yes • No

CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present ***all*** other grounds to the California Supreme Court before raising them in your federal Petition.
- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

FACTS, IN 1989, AN AGAIN THE OFFICIALS PREMEDITATED HORRID INFATUATED FELONIOUS UNLAWFULL INCIVISM DOUBLE STANDARDS OF BEING HELD RESPONSIBLE FOR TRAITS OF HONESTY TRUSTWORTHINESS THAT WOULD CONVICT AUTHORITYS WHOM HAVE NOTHINGLESS THAN CAPITOLIZED ON BLESSING TO ITS SELFS AN JUDICIALLY SHIELED SENSATIONALIZM TRENDSETTING PRIORITYS OF THE HORRID, FELONIOUS, PROBLEMATIC ATTEMPTED CUTING MY FACE, MY BRAINS, MY SKULL, MY SKULL, MY FLESH, MY HAIR, MY HEAD OFF MY NECK & SHOLDERS SINCE I WAS CHILD AN ON INTO MY ADULT LIFE ANY STANDARD OF TRUSTWORTHINESS PROOF TRUTHS, EVIDENCE REALITY HONESTY & EVIDENCE AS MY WITNESS PROVING CLEARLY MY INNOCENCE HARSH IMPECCABLENESS THAT WILL CONVICT OFFICIALS PRIORITY OF

HENCE GIVING ME NO OTHER ALTERNATIVE THAN TO CONFORM TO THEIR INCIVISM CR86909 (SCD 111782, CR84869, CR 106606), CR86909 AN ABANDON REALITY IM INNOCENT. AN UNLAWFULLY SUBMIT TO NOLO CONTENDERE CR86909, CR84-869, CR106606, PROVIDED MY JUDGE RODRIQUES WHOMS RELITIVE APPOLINARD I PREVENTED FROM DECAPITATING HUMANKIND U.S.A CITIZENS MY PEERS ON WHEN I WAS CHILD & FEMALE KIND JEANINE C PATTERSON. HE UNLAWFULL & COHORT HAVE ARRESTED, TRIALED, & SENTENCED, & PUT IN PRISON BECAUSE I WOULD NOT CONFORME TO ITS DOUBLE STANDARD OF INCIVISM THATS RELENT IM NOT GUILT[illegible] IM NOT GUILTY, IM NOT GUILTY AN OBVIOUSLY OFFICIALS RELENT IT & DESPISE FACEING EVIDENCE, HONESTY & TRUTHS AS PROO[illegible]

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

AS A CITIZEN OF THESE UNITED STATES CONSTITUTION & SAVED U.S.A LIVES.

(a) **GROUND ONE**: I'VE HABITUALLY BEEN UNLAWFULLY LABLED AND AS CRIMINAL & A THIEF! AS SUBHUMANE, AN UNLAWFULL PUNISHED AN ARRESTED AN TRIALED & SENTENCED AS SUBHUMANE & UNLAWFULLY IMPRISONED. BY OFFICIALS ENTHUSIASM HARVEST BLESSING BY ITS JUDICIALY SHIELED NOTHING LESS THAN TRENDSETING ATTEMPTED CUTING MY BRAINS, MY FACE MY SKULL OFF SINCE I WAS CHILD

Supporting FACTS (state *briefly* without citing cases or law) OFFICIALS HABITUAL STANDARD AN FESTIVITYS HAVE ASSURED THAT THEY DONT CARE ABOUT SAVING HUMAN LIVES, THEY CARE ABOUT THE CHARGES & ALLEGATION THE DISTRICT ATTORNEY HAS TO PROVIDE. THUS HAS FELONIOUSLY ALLOWED OFFICIALS AN HORRID PALLIATIONS SENSATIONALIZM ENTHUSIASM AN INFATUATIONS TO PREMEDITATE ITS EXTENSIVE DENIAL AN RESOLUTE FORMALITY S UNCHASTIZEMENTS IN PROVOTIONS OF NOTHING LESS THAN LETHAL FELONIOUS PERILS TO MAIM OR DEVASTATE OR DESTROY TRAIT OF UNITED STATES CONSTITUTION PROVISION AN BURDEN OF PROOF, THE TRUTH AS MY WITNESS PROVING IM INNOCENT THAT WOULD CONVICT OFFICIALS HARVEST OF FELONIOUS PLEAGUE COERSIVE JOB SECURITY STANDARDS TO ALLOW IT DICTA JUDICIALLY SHIELED RETURN AS A EFFECTS LABLED AUTHORITYS REVENGE IN AN OF COMMUNIST STATE OF CALIF NEUTRALITY CONDONATION TO HARDEN ITS MENS REA AN SPITEFULLY INDIGNANT TO BE HELD ACCOUNTABLE FOR THEIR ACTS AS ADULT FOR THEIR SIMI COHERENT OR COHERENT WRONGDOING SO THAT IN SYNOPSIS THEIR ONLY OBLIGATED AT ITS CONVENIENCE ONLY TO THEIR SELFS? AN THE CRUELTYS AGAINST ME & BECAUSE PRISON NEVER BEEN MY FAMILY VALUE!!

THE REST IS NARATTED IN MY UNITED STATES HABEAS CORPUS # 18105 DAN D.P5777601, SCD111782, CR868909, CR106606, CR84869. CALIFORNIA SUPREME COURT # S145934 AN UNITED STATES CONSTITUTION, UNITED STATES CODE ANNOTATED TITLE 28 SECTION 2255, SECTION 2254. ETC

Did you raise GROUND ONE in the California Supreme Court? (Yes) No. AN SUPPLEMENTAL IN AFFIDAVIT, I FEEL THAT THIS WHOLE UNLAWFULL FELONIOUS HORRID TRENDSET OFFICIALS INFAVATED INFATUATED UNCHASTIZED SIMI COHERENT PRIORITY OF LETHAL JUDICIALLY SHIELDS STEALTH AN DOUBLE STANDARDS AS OFFICIALS OF TRUSTWORTHINESS RELENTMENT TO TAKE RESPONS- MORAL TURPITUDE & STANDARDS OF INCIVISM. THEIR BLESSING OF AN FOR THEMSELFS PROVIDING NOTHING LESS THEN ATTEMPTED, DECAPIT- -IBILITY FOR IT ACTIONS AS ADULTS AN CAPITOLIZING BEEN ALLOWED TO CALLING IT POPULATION CONTROL AN THE DONT CARE ABOUT THE -ATIONS, KIDNAP OR MURDER AGAINST ME BECAUSE THEYVE UNLAWFULLY INTO MY ADULT LIFE, OFFICIALS COLLUSION FROM SANDIEGO EVOLVED AN UNLAWFULL SAVING OF HUMAN LIVES EVEN SINCE I SAVED LIVES AS A CHILD AN ON A GOLD METAL ORDERS INLAYED WITH U.S.A. JUSTICE BLUE THAT SHADOWS A LETHAL COERSIONS AGAINST ME AN MY FAMILY. I FEEL BECAUSE I EARNED MY COUNTRYS 35TH PRESIDENT JOHN F. KENNEDY PHYSICAL FITNESS OF THE COLOR PURPLE AN PROTECTED BY THE LIVING LIFE AUTHORIZED IN DECREE FROM UNITED STATES AN MY PATCH. AN BECAUSE ONE DAY IN 1978 WHILE -6- I LIVED IN DEL CERRO SANDIEGO AT 5924 WIENRICH PL, PH# 286 1869 I WENT TO MY FRIENDS HOUSE "CHUCK MILES" NEXT TO DEL CERRO BVLD. HE SHOWED ME BIGEST BAG OF MARAJANA SIZE OF 2 LOAFS OF BREAD COCAINE IN A OTHER BAG AN POLICE GUN AN BADGE I ASK HIM TO TURN IT IN TO HIS DAD, WE LEFT IT THEIR AN CHUCK TOLD ME HIS NEIB- -HOOR WAS A SAN DIEGO POLICEMAN I NOTICE THE BADGE AN HIS GUN AT CHUCK A BLUE STEAL 6 SHOT REVOLVER LONG BARRLE AN DARK WALNUT HANDLE SAW WE LEFT THEIR CHUCK ASK ME IF I WANTED TO BREAK IN TO THE COPS HOUSE AGAIN (I NEVER HAD) TO SEE WHAT ELSE HE GOT. I AGREED TO BACK UP CHUCK THAT MORNING PROMPLY HE WAS OVER THE FENCE I HEARD YELLING AS I STARTED TO CLIMB IT AN SAW A MAN WITH A GUN THREATEN TO KILL US BOTH HE TOOK US AT GUN POINT INTO HIS HOUSE AN BLAMED US FOR BURGLARY I NEVER DONE. HE CALLED COP SHOWED UP BUT STAY OUTSIDE IN CAR PARK HAIR LADY. HE GOT OUR INFO AN SAID HES GOING TO CALL OUR PARENTS AN PUT US IN JAIL. THE STATE TRACK ME SOON AFTER AN SADLY DRILD OUT ALL MY ADULT MOLAR TEETH AT BOY REPUBLIC IN CHINO. I HAD ALWAY WONDER WHY COPS WOULD ASK ME IF I BEEN TO PRISON BEFOR FOR BURGLARY. NOW I KNOW WHY.

PAGE 22 CONTINUED, THE GUN CHUCK SOLD SHORTLY THEIR AFTER TO STEVE OCHOA OF PARADISE HILLS SANDIEGO I FOUND OUT 1989 WHEN STEVE RECOLLECTED IT TO ME AN A FRIEND AN THAT STEVE JUST GOT OUT OF Y.T.S. FALSE SEVERAL YEARS BEFOR HE GOT CAUGHT AT CHICANO PARK NEAR THEIR WITH THE SAME POLICE MANS GUN!

(b) **GROUND TWO**: VIOLATED IS MY UNITED STATES CONSTITUTIONAL RIGHT TO OF UNCOMPRIMIZED INDEMNITY & SOLATIUM HABITUALY PREVENT THE DECEASEMENT ANY BODY OF MY RIGHT THE PROVANANVNCE HONESTY LIVING MEANING LIFESAVING CODE OF ETHICS OF OUR COUNTRY FOUNDING FATHERS OF THESE UNITED STATES NOR DEPRIVE ANY OF NONCORUPT SUPPORT THEIR OF.

Supporting FACTS (state *briefly* without citing cases or law): AS IDENTIFIED OF MY INNOCENCE AN AS OF MY LEGAL DEFENSE AS A UNITED STATES CITIZEN THAT I WAS NOT BORN A CRIMINAL OR TO DOUBBLE STANDARD IN-RE

MY (EMIDEATE) OR PROMPT RELEASE FROM THE EVERY MEANING OF THE UNLAWFULL ARRESTS, TRIALS, AN SENTENCE TO PRISON PROVIDED BY OFFICIALS DREAD TO NEGLECT TO REZENT TO FACE ITS GUILTS AN AN TRAITS OF RESPONSIBILITYS AS ADULTS THAT HAS WITH COHORTS & PUNISHED ME FOR ITS ACTIONS AN THE HARSH REALITY OF THE COHERENT IMPPECABLENESS STANDARDS OF TRUTHS AN HONESTYS HABITUAL TRUTHS AN EVIDENCE THAT LONG PROVE AN "HAVE PROVEN IM INNOCENT & PROOF ALL "NEED NOT BE MORTIFIED" ESPECIALLY BY OFFICIALS ADULTS WHOM DREAD TO NEGLECT TO REZENT TO FACE AN ACKNOWLEDGE THEIR FELONIOUS JOBSECURITYS A GUILT PROVIDED IN THE HONEST TRUTHS TRAIT TRUSTWORTHY AN STANDARD OF EVIDENCE AS RESPONSIBLE CITIZENS OF THESE UNITED STATES THAT PROVE CLEARLY IM INNOCENT

Mr David Martinez
MR DAVID MARTINEZ

OFFICIALS HAVE BEEN UNLAWFULLY BLESSED WITH FORTUNE AN NEUTRALITYS PREMED-ITATED AN FESTIVITY ITS HORRID ENTERTANMENT OF ILLICT INFATUATIONS A JUDICIALLY SHIELED TRENDSETTING AMBIANCE PRIORITY OF NOTHING LESS OF COHORTS AN PSYCOPATHICS FELONIOUS PLEASUE ASSURANCE OF THE HABITUAL ATTEMPTED CUTTING MY BRAINS, AN AN MY FACE, MY SKULL ANY HEAD AN MY HAIR OFF MY RIGHT TEMPLE AREA NECK AN SHOLDERS AN ANY AN EVERY DISCLOSER OF EVIDENCE STANDARDS HONORED AN TRUTHS PROOF VIA THE UNITED STATES CONSTITUTION AS MY WITNESS ON EVERY ON EVERY ACCOUNT IM NOT A RECIDIVIST AS OFFICIALS TRAIT.

Did you raise GROUND TWO in the California Supreme Court? MY FRIENDS I KIND OF DID!

• Yes • No.

(c) GROUND THREE: VIOLATED IS THE TRAITS OF MY UNITED STATES CONSTITUTIONAL RIGHTS & THE 6TH AMENDMENT TO A FAIR AN SPEEDY TRIAL

Supporting FACTS (state *briefly* without citing cases or law): FOR ESPECIALLY AN TOTALLY AGAINST MY WILL AN IMPPECABLENESS HARSH REALITYS HONESTYS EVIDENCE AN PROOF I AM INNOCENT!

MY LEGAL DEFENSE HAS BEEN HORRIDLY AN FELONIOUSLY PREMEDITATED-UNLAWFUL SABOTAGE... PROOF.... I FOUND OUT FOR THE 1ST TIME IN MY LIFE AT OPENING ARGUMENTS WHEN MAURY BETH WIRKUS TOLD US ALL THAT SHE (FORGOT TO SAY UNLAWFULLY) NEVER BUILT MY LEGAL DEFENSE FOR TRIAL BECAUSE SHE FELT I DID NOT NEED ANY LEGAL DEFENSE FOR TRIAL!

I HAVE ALWAYS AN WILL ALWAYS ASSURE THAT I AM COMPLETLY INNOCENT OF THE FABRICATED AN FELONIOUS SYNOPSIS AN ITS PARADE OF ALLEGATIONS AN CHARGES AGAINST ME AND THE NATURE OF PROOF AN STANDARDS OF HONESTY TRUTHS AN UNDISTORTED EVIDENCE TRAIT OF LAWFULL TRUSTWORTHTHY NESS THAT PROVE CLEARLY IM INNOCENT AN DO NOT HAVE TO CONDONE TO ANY OR COMMUNIST OFFICIALS PREMEDITATE JOB SECURITY AN FORMALITY OF STANDARD INVENTED CRIMES, INCIVISM, COLLUSIONS OR ITS NEUTRALITY AN OR DISTORTIONS OF REALITY, PROOF AN HONESTY TRUTHS AN EVIDENCES AS MY WITNESS DISIRE PREVAIL TRAITS IN PREVENTING THE ANY DECEASEMENT TO START TO WIT ANY BODY OF MY RIGHT THE LIVE SAVING CODE OF ETHICS OF OUR COUNTRYS FOUNDING FATHERS OF THESE UNITED STATES PREVAIL VIA EXECUTIVE PROVANUANCE AUTHORITY OF OUR CONTRYS UNITED STATES CONSTITUTION NOR DEPRIVE ANY OF EQUAL PROTECTION THEIR OF IVE USED TO SAVE HUMAN LIVES AN OF UNITED STATES CITIZENS. THUS OFFICIALS HAVE TOLD ME IM A DISGRACE TO THE PUBLIC & SOCIETY FOR IT AN MY EFFORTS TO FIND SUPPORT AN INDEMNITY SOLATIUM TO IM INNOCENT.

Did you raise GROUND THREE in the California Supreme Court? (Yes) No.

IN SORTS MY FRIENDS THIS IS THE PLAIN TRUTHS

Mr David Martinez

MR DAVID MARTINEZ.

VIOLATED IS MY UNITED STATES CONSTITUTIONAL RIGHT

(d) GROUND FOUR: MY EVERY RIGHT & HARSH REALITY OF IMPPECABLENESS PROOF IM INNOCENT AN MY HABITUAL HONEST OPPROTUNITY TO WITH UNDISTORTIONS OF EVIDENCE PROVE INSURRANCE & ASSURANCE FAR ABOVE AN BEYOND ANY REASONABLE DOUBT IM INNOCENT THAT OBVIOUSLY BEEN SABOTAGE BY OFFICIALS INCIVISM.

Supporting FACTS (state *briefly* without citing cases or law): THUS CALIFORNIA AUTHORITYS AN 5 JUDGES SIGNATURES OF 2005 FROM SAN DIEGO CA COURT DOWNTOWN HAVE (LET RECORDS REFLECT) THAT THE CANT UNDERSTAND WHY I EVEN CHALANGE THEM! AN THEIR CAPITO-LIZINGS IT BLESSING TO THEM SELFS AN COLLEAGUES JOB SECURITY INTENTIONAL FACT-ORS PRIORS, IGNORENT ASSURANCE AN INSURANCE OF TRENDSETTING ENTHUSIASM SIMI-COH-ERENT AS PRIORITYS OF NOTHINGLESS THEN THE BLOODY, FELONIOUS, HORRID, GRUDGES AN VENUE ATTEMPTED CUTTING MY BRAINS, MY FACE, MY SKULL, MY HEAD IM INNOCENT & EVIDENCE AN MY NECK AN RIGHT TEMPLE AN HAIR OFF MY SHOLDERS ALL HONESTYS TRAIT PROOF MY LIFE AN SINCE I WAS LITTLE MARTINEZ AN ON INTO MY ADULT INNOCENT CONCLUDED LIFE AN ANY TRAITS OF MY HONESTY REALITY HARSH OF IMPPECABLENESS ACUTE & FATAL FACTUAL EVIDENCE TRUSTWORTHYNESS AN PROOFS IM HABITUALLY HONESTLY SAKE IM INNOCENT AN UNDISTORTED ASSURANCE & INSURRANCE THE TRUTH AFFIRMATIVE LAWABIDING TRUTHS AS MY WITNESS A FAR ABOVE AN BEYOND ALL OR ANY REASONABLE DOUBT PROVIDED OF MY UNITED STATES CONSTITUTIONAL RIGHT REMEDIAL CONDUCT AS PROVEN CLEARLY AN PROVES CLEARLY IM INNOCENT. VS THE CAUSES OF JUDICIALLY SHIELED SENSATIONALISM DOUBLE INFATUATED LETHAL STANDARD MALFESANCE OF OFFICIALS SIMI COHERENT MEGALOMANIACS AGAINST ME AN MY EVERY EFFORT SHOULD PREVAIL OF PREVENTING THE DECEASEMENT OF ANY BODY OF MY RIGHT THE LIVESAVING CODE OF ETHICS LIVING MEANING OF MY COUNTRYS SUPERIOR EXCELLENCE HONORABLE RIGHTIOUS DIGNITARY CHIEF OFFICER COMMANDER AN CHIEF ETERNAL PRESIDENT JOHN F. KENNEDY OF THESE UNITED STATES PHYSICAL FITNESS ORDERS WROTE OF PURE GOLD AN INLAYED WITH U.S.A. JUSTICE BLUE THAT SAYS MY NAME DAVID MARTINEZ AN MY TRAIT PATCH PREVAIL & UNDISTORTED & TRUTHS HONORED AN EVIDENCE THAT COHERENTLY IM INNOCENT AN THIS IS THE PLAIN TRUTHS

Did you raise GROUND FOUR in the California Supreme Court?

(Yes) No.

ALL TRAITS OF TRUSTWORTHY HONESTY TO PROVIDE REALITY HONESTY PROOF EVIDENCE AN TRUTHS AS MY WITNESS. HAS BEEN TAINTED OR HELD ILLICITLY SEIZE BY OFFICIALS OF CALIFORNIA & COHORTS OF COMPULSIVE CAPITOLIZING UNLAWFULL TRENDSETING ITS AUTHORITIVE ASSURANCE AN INFATUATIONS OF HABITUAL JUDICIALLY SHIELED NOTHING LESS THAN THE LETHAL NEUTRALITY OF ITS PRIORITY OF THE ATTEMPTED, BLOODY, CUTING MY SKULL, MY FACE MY HEAD AN HAIR OFF MY NECK AN SHOLDERS EVEN SINCE I WAS A CHILD AN ANY HAB HABITUAL HONEST PROOF AN AND OF EVIDENCE UNDISTORTED AN UNTAINTED PROVIDING PROOF IM INNOCENT ON ALL COUNTS.

[signature]

MR DAVID MARTINEZ

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?

(Yes) • No

24. If your answer to #23 is "Yes," give the following information:

(a) Name of Court: CALIFORNIA FEDERAL EASTERN DISTRIC CORT

(b) Case Number: ? IVE FORGOT CAUSE IM NOT LAWYER. BUT MAGISTRATE GREGORY GHOLLAN

(c) Date action filed: 2000

(d) Nature of proceeding: PROMPT & EFFECTIVE SUPPORT TO ME PREVENTING THE VIOLATIONS OF ANY TRAIT LIVING MEANING OF MY UNITED STATES CONSTITUTION RIGHTS

(e) Grounds raised: PAPER TRAIL OF PROOF IM INNOCENT AN SEEKING TO AVOID GETING PUNISH AN ARRESTED, TRIALED, AN SENTENCED AN SENTENCED TO A PREDETERMINED STEALTHY PENALITY OF HUMAN DEATH. BECAUSE OF OTHERS AS OFFICIALS INCIVISM, COLLUSION, COMMUNISM AN NEUTRALITY FORMALITYS

(f) Did you receive an evidentiary hearing on your petition, application or motion?

• Yes • No NOT THAT IM AWEAR OF. CAUSE THEIR OFFICIALS STANDARD NEUTRALITY OF CALIFORNIA AUTHORITY'S FELONIOUS PLEAGUE AN INCIVISM THAT DONT CARE ABOUT SAVING HUMANE LIVES THEY CARE ABOUT ITS (DOUBLE STANDARDS) TO CAPITOLIZE ON THE ILLICIT CHARGES AN ALLEGATIONS OF THE DISTRICT ATTORNEY ITS COLLEAGUES.

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: THE COURT UNLAWFULLY FINE ME $ BECAUSE IM NOT NEUTRAL AS THEY ARE INFATUATED WITH SOMETIMES MAYBE THE UNLAWFULL NOTHING-

(b) At arraignment and plea: NONE

(c) At trial: NONE

(d) At sentencing: UNLAWFULLY APPLYED)

(e) On appeal: HAN

(f) In any post-conviction proceeding: WHATS THAT?

(g) On appeal from any adverse ruling in a post-conviction proceeding:

-LESS THAN THE TRENDSETTING ACCURACE ASSURANCE OF CUTING MY BRAINS, MY FACE, MY SKULL & HEAD OF SINCE I WAS CHILD. AS OFFICIALS COLLUSION INFATUATION & ITS NEUTRALITY ILLICITLY DEMAND I OWE A RESTITUTION AN DEBT TO THEM AN ITS COURTS THEY'VE UNLAWFULLY ADORED TO ARREST, TRIAL & SENTENCE ME TO PRISON AN STEALTH PENALTY OF HUMAN DEATH SINCE I WAS A CHILD. BECAUSE IM NOT OF OFFICIALS SAME FAITH AN LIVELY HOODS.

THIS IS THE PLAIN TRUTHS IM INNOCENT

[signature] Mr David Martinez

MR DAVID MARTINEZ

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? WHATS THAT MEAN ?
• Yes • No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? WHATS THAT MEAN ?
• Yes • No

(a) If so, give name and location of court that imposed sentence to be served in the future: DOES NOT APPLY

(b) Give date and length of the future sentence: DOES NOT APPLY

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
• Yes (circled) • No THIS IS IT, ?

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: ________

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding. A CITIZEN NATURALY BORN OF THESE UNITED STATES UNDISTORTED JUSTICE PREVAIL

______________________________
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

JUNE 29TH 2008 — THE INNOCENT PLAINTIFF [signature]
(DATE) — SIGNATURE OF PETITIONER

MR DAVID MARTINEZ

(16) EXHIBITS

(1) UNITED STATES REMEDIAL LAW MOTION TO IRRADICATE JUDGMENTS CONDONING DEATH OF JUSTICE, TRAITS HONESTY PROOF EVIDENCE TRUSTWORTHINESS TRUTHS JURISDICTION LONG AGO POVING PROOF IM INNOCENT.

(2) POINT & AUTHORITY IN RE, FORMENTIONED.

(3) UNITED STATES CONSTITUTION PRIMA FACIE DECLARATION IN FORMA PAUPERIS OF INDIGENT AN THE REQUEST FOR APPOINTMENT OF COUNSEL & REASONABLE ATTORNEY FEES. IMMEDIATE INJUCTIVE RELIEF

(4) P.C. 832.5 CITIZEN COMPLAINT 3 PAGES / AN EXHIBIT IN SUPPORT OF AN APPOINTMENT OF COUNSEL ETC.

(5) POINTS AN AUTHORITY IN-RE #3

PLAINTIFF INNOCENT MR DAVID MARTINEZ.
I'VE BEEN FRAUDULENTLY MALICIOUSLY LABLED ROBERT VASQUEZ CDC#E38193
C.S.P. CORCORAN SHU 4-BYRD I" RIGHT #27
P.O. BOX 3481. / 4001 KING AVE
CORCORAN, CA 93212 INPROPRIA PERSONA
CALIFORNIA SUPREME COURT #S145934

JUNE 28TH 2008
PLEASE HELP REQUEST

'08 CV 1489 WQH POR

FILED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| UNITED STATES CONSTITUTION PRIMA FACIE THE HARSH IMPPECABLENESS, TRUTHS, EVIDENCE OF MR DAVID MARTINEZ **PLAINTIFF**, INNOCENT | UNITED STATES CODE 28 § 2241 (1994) ETC **UNITED STATES TRAIT PROOF HONESTY TRUTHS** REMEDIAL LAW MOTIONS TO IRRADICATE JUDGMENTS TRAIT OF ALL JURISDICTION PROVIDE DEATH OF STANDARD TRUTHS **TRUSTWORTHINESS** OATH SUBSTANTIAL EVIDENCE TO PROHIBIT, SCD111782, CR86909, CR84869, CR106606, CR86909. |
| **VS** | |
| STATE OF CALIFORNIA COMMUIST IN ITS DENIAL MORAL TURPITUDES LOCUS DELICTI, COUNTY OF SAN DIEGO AN ATTORNEY GENERAL CONVERTS REAL PARTY OF INTEREST **DEFENDANTS** GUILTY | |

NOTICE UNITED STATES FEDERAL HABEAS CORPUS HERETO

THE HARSH TRAIT OF IMPPECABLENESS THE, THE PETITION AN EXHIBITS PROVIDING EVIDENCE THAT INNOCENT **PLAINTIFF** MR DAVID MARTINEZ IMPOSE UNDISTORTED MOVE OF THIS COURT IMMEDIATE RIGHTIOUS UNTOILLED JURISDICTION FOR THE "ORDER" PURSUANT TO THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURES RULE 59(E) PREVIOUS AN SUBSEQUENT TO DATE PREVALL "IRRADICATING" ADMINISTRATIONS OF COMPASS PREMEDITATED IN DENIAL MALFESANCE PANDAMONIC JUDGMENTS OF JURISDICTIONS CONDONATION OF THE COURT INFATUATED FORMALITY ASSURANCE OF DEATHS TO UNITED STATES CONSTITUTION TRAITS AN TRUSTWORTHY STATUTES AN PREPONDERANCE OF EVIDENCE TRUTHS UNDISTORED MOVE OF THIS COURT UNTOILLED IMMEDIATE JURISDICTION FOR THIS COURT "ORDER" FORTHWITH PURSUANT TO THE ALL RIGHTIOUS UNITED STATES FEDERAL RULES OF CIVIL PROCEDURES RULE 59(E) PREVIOUS AN SUBSEQUENT TO DATE TO "IRRADICATE" THE JUDGMENT MISCREANT IN DENIAL OF SAN DIEGO COUNTY COURT PROVIDING, SCD111782, CR86909, CR84869, CR106606, AN ITS COMPLAINTS. THIS MOTION IS BASE ON THE EXECUTIVE AUTHORITY OF THE UNITED STATES ALL TRUTHS TRAIT AN EVIDENCE AS MY WITNESS. JUNE 28TH 08 Mr David Martinez

"POINTS AN AUTHORITYS IN SUPPORT"
OF UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PETITION FOR WRIT OF HABEAS CORPUS

OF THE INNOCENT PLAINTIFF DAVID MARTINEZ

(1) UNITED STATES CODE 28 § 2241 (D), LAVE V NELSON (N.D. CAL. 1968) 279 F. SUPP. 265. IT IS SAFER TO FILE IN THE DISTRICT OF (UNLAWFULL, ARREST, TRIAL, CONVICTION AN SENTENCE) CONVICTION, SINCE A PETITIONER CAN BE DELAYED FOR MONTHS WHEN ORDERED TRANSFERED TO ANOTHER DISTRICT!

(2ND) UNITED STATES FEDERAL RULES OF HABEAS CORPUS RULE 2 (C)

(3RD) THE PLRA FILING FEE PRO DISCUSSED IN § 15.17, DO NOT APPLY TO FEDERAL HABEAS CORPUS (PROCED) PROCCEDINGS. NADDI V HILL (9TH CIR. 1997) 106 F.3d 275.

(4TH) UNITED STATES CODE 28 § 1915 (E) (2); FRANKLIN V MURPHY (9TH CIR 1984) 745 F.2d 1221.

(5TH) UNITED STATES CODE 28 § 636, "NOTICE OF RIGHT TO CONSENT TO THE UNTOILED EXERCISE OF CIVIL JURISDICTION OF A MAGISTRATE JUDGE AN APPEAL OPTION" ETC. I DECLARE UNDER PENALTY OF PURJURY THE FORGOING IS OF TRUTHS AN CORRECT.

JUNE 28TH 2008

THIS IS THE PLAIN TRUTHS

[signature: Mr David Martinez]

MR DAVID MARTINEZ

# § 832.5 CITIZENS' COMPLAINTS AGAINST PERSONNEL; INVESTIGATION; DESCRIPTION OF PROCEDURE; RETENTION OF RECORDS.

(a) Each department or agency in this state which employs peace officers shall establish a procedure to investigate citizens' complaints against the personnel of such departments or agencies and shall make a written description of the procedure available to the public.

(b) Complaints and any reports or findings relating thereto shall be retained for a period of at least five years. (*Added by Stats. 1974, c. 29 §1. Amended by Stats. 1978, c. 630 §4.*) (All reference to California Penal Code 1994.)

BACK PAGE IS #2

UNITED STATES CONSTITUTION INNOCENT CONSTITUENT

**PERSONNEL COMPLAINT:** CALIF. AG ATTORNEY GENERAL.

TRUE NAME Complainant UNITED STATES CONSTITUENT DAVID MARTINEZ

IVE BEEN FRAMED UNLAWFULLY AN LABLED ROBERT VASQUES.

Address C.D.C. # E38193

C.S.P. CORCORAN SHU. 4 BYRD 1' RIGHT #27. P.O. BOX 3481

City CORCORAN State CA Zip 93212

Residence phone (____) NONE

Business phone (____) NONE

Date and time of incident ITS OFFICIALS TRENDSETING MORAL TURPITUDE

Location of incident OFFICIALS COLLUSIONS & MIX LARCENY NOXIOUS SIMI COHERENT SENSATIONALISM & LETHAL FELONIOUS STANDARD AN ITS INCIVISM FELONIOUS PALLIATIONS. NUDUM PACTUM OFFICIALS LOCUS DELICTI CIRCUMSTANCES SUBSTAINCIATING IN DENIAL RENDERED OFFICIALS JOB SECURITY

Personnel involved OF ITS INCIVISM PER STATE OF CALIFORNIA STANDARD AUTHORITY OF COMMUNIST FELONIOUS PALLIATIONS & REAL PARTY OF INTEREST SUPERIOR COURT OF SAN DIEGO COUNTY PEOPLE OF THE STATE

Names and addresses of witnesses OFFICIALS MALFESANCE STANDARDS & EFFECTS PANDAMONIA UNCHASTIZMENTS INFATUATIONS TO PARADE FELONIOUS DISTORTIONS OF COMPETENT STANDARD AN RESPONSIBLE COHERENT "MATURE" RIGHTIOUSNESS AN HONESTYS MATERIALITY PERTINENCY THAT CLEARLY PROOF IAM INNOCENT AS A UNITED STATES CITIZEN 35TH PRESIDENT PHYSICAL FITNESS COMPETENCY RELIABILITYS TRAITS!

Check only one:

1. ☑ Police Department
2. ☐ California Highway Patrol
3. ☑ U.S. Marshall
4. ☑ Sheriff's Department
5. ☑ Medical Staff
6. ☑ District Attorney
7. ☑ County Grand Jury
8. ☑ Internal Affairs
9. ☑ Department of Corrections
10. ☑ Bar Association

TO WHOM IT MAY CONCERN,

Statement of complaint I MR DAVID MARTINEZ HAVE BEEN UNLAWFULLY FRAMED CRIMINALLY BY OFFICIALS & COHORTS YEARNING ENTHUSIASM OF INCIVISM COMPULSIVES SIMI COHERENT OR RESOLUTE INTENTIONAL IGNORENT COMMUNIST PANDAMONIA FORMALITYS PREDETERMINED FELONIOUS INFATUATED JUDICIALLY SHEILED PALLIATIONS EFFECTS CAPITOLIZING JOB SECURITYS INDIGNANT TOWARD RESPONSIBILITY MATURE UNDISFUCTIONAL UNDISTORTED GLORY TO FOR THE UNITED STATES CONSTITUTION HONESTY COMPETENT STANDARD AN REALITY PROOF AN EVIDENCE OF TRUTHS PROVING IM INNOCENT INNOCENT AN THE HARSH HARSH REALITY OF IMPECCABLE VENUE IN DENIAL!

(2ND) MY CALIFORNIA APPELLATE DIRECT APPEAL DA. NO P5777601/#D097197/D029602/SCD111782 WAS EXHAUSTED IN THE CALIFORNIA 4TH DISTRICT COURT OF APPEALS APPELLATE DISTRICT DIVISION 1 ON OR ABOUT FEBUARY 3RD 1999 PER ATTORNEY MARILEE MARSHALL OF PASADENA CA. I FOUND THIS ALL OUT 2½ YEARS LATER ON JUNE 7TH 2001 IN LETTER EXHIBIT ENCLOSED 2 PAGES FROM ATTORNEY FORMENTI--ONED ADDRESSED TO MY RELATIVE WHOM WAS ABLE TO FIND AN CONTACT ME WITH IT! IN OUR EFFORTS TO AVOID THE STATE OF CALIFORNIA OFFICIALS ENTHUSIASMS OF THEIR JOB SECURITYS BLESSINGS AN PRIORITYS TRENDSETTING THEI FESTIVITYS FELONIOUS STANDARD COERCIONS AN RESOLUTE HORID JUDICIALLY SHEILEDED PLAGUE OF THE FELONIOUS OF THEI INFATUATIONS AN FORMALITYS ASSURANCE OF NOTHING LESS THAN THE ALL PAINFULL AN BLOODY AN LETHAL ATTEMPTED CARVING MY GUTS OF MY ONLY BRAINS OUT OF MY SKULL AN MY FACE AN NECK OFF MY HEAD AN RIGHT TEMPLE AREA AN SHOLDERS SINCE I WAS A CHILD A U.S.A. CITIZEN ANY TRAIT OF STANDARDS OF HONESTY THE COMPETENT AN COHERENCY OF PROOF AN TRUTHS THAT IM INNOCENT THEN & OBVIOSLY PROOF IN CHAMPIONING MANDINTORIUM RESPONSIBLY FOR ALL MY ACT-

-IONS AS A UNITED STATES CITIZEN AN THAT I SHOULD NOT HAVE TO CONDONE TO ANY AN OFFICIALS EFFEC AN ATHORITY'S MALFESANCE, OR ITS PARADE CONDONATION COHORTS FELONIOUS PALLIATIONS AN ITS STANDARD OF ITS FUNDAMENTALISM PANDAMONIA INFATUATION JOB SECURITYS AN TRAITS OFFICIALS JUDICIALLY SHEILED TRENDSETTING & PREMEDITATED CRIME OR CRIMES OR OF ANY DEATH OR DEATHS OF ANY BODY OF MY UNITED STATES PROVANANCE CONSTITUTIONAL RIGHT FACTUAL PROOF AN HONESTY TRAITS AN STANDARDS OF PROOF AN TRUTHS RESPONSIBL AS MY WITNESS.

IT IS TO MY UNDERSTANDING THAT MY COURT APPOINTED APPELLATE DISFUCTIONAL ATTORNEYS DAVID L KELLY AN MARILEE MARSHALL PER UNITED STATES CONSTITUTION & CODE ANNOTATED TITLE 18 § 245 SHOULD HAVE PREPARED A MATERIALITY PERTINENCY NONDISFUCTIONAL CONCLUSIVE EVIDENCE NONDICTA INJUNCTIONS (PETITION FOR RE-HEARINGS) NEVERTHELESS NONFLAGRANT (PETITION FOR REVIEW) WITHOUT DELAYS TO THE CALIFORNIA SUPREME COURT AN TO WHOM IT MAY CONCERN! BUT MY APPELLATE ATTORNEY AN FOR TRIAL TRAITS OF PREDETERMINED NUNDUM PACTUMS MORAL TURPITUDE ADVERSELY TO THE UNITED STATES CONSTITUTIO EQUITY OF AN TRUTHS AS MY WITNESS PROOF IM INNOCENT, AN SINCE IM NOT A LAWYER IVE HAD NO OTHER CHOICE BUT TO DEPEND ON THE APPELLATE AN TRIAL ATTORNEY DICTA THAT HABITUALLY FLAGRANTLY HOLDS AS A NUSANCE MY COMPETENT UNITED STATES CONSTITUTION RIGHTS AN LEGAL DEFENSE ALL AN ALL TO NOTHING BUT ABANDON-MENT. TRIAL ATTORNEY 1995 MARY BETH WIRKUS DID THE SAME LETING US KNOW AN FOR THE 1ST TIME IN MY LIFE AT OPENING ARGUMENTS. SHE (UNLAWFULLY) NEVER BUILT MY LEGAL DEFENSE FOR TRIAL BECAUSE SHE (SOLELY) FELT THAT I DID NOT NEED A LEGAL DEFENSE FOR TRIAL NOTICE # D024602 AN 602 OF THE DEPT OF CORRECTION DONT HEL EITHER! APPELLATE ATTORNEYS AN ITS MALFESANCE INFATUATIONS HAVE TOTALLY ABANDONED ME AFTER MY CASE WAS BROUGHT TO DEATH ANY BODY OF PROVANANCE AN EVIDENCE HARSH REALITY OF IMPPECABLENESS NONMISCREANT SALUTE OF FACTUAL PROOF IM INNOCENT AN VIA TRUTHS AS MY WITNESS EXECUTIVE ATHORITY OF MY COUNTRYS UNITED STATES CONSTITUTION. AN THAN DENIED UNABANDONMENT (TOTALLY AGAINST MY WILL) IN THE 4TH DISTRICT APPELLATE COURTS.

IN 2006 AFTER INQUIRING ABOUT MY DIRECT APPEAL TO THE CALIFORNIA SUPREME COURT CLERK FREDERICK K OHLRICH AN DEPUTY PATRICA A QUINN ON JULY 21ST 2006 DATA! SENT ACKNOWLEDGEMENT AN HABEAS CORPS FORM AN TOLD ME TO FILL IT OUT AN SUBMIT IT TO THE CALIFORNIA SUPREME COURT: WHICH I DID ON OR ABOUT AUGUST 11TH 2006. THE COPYS I WAS PROHIBITED TO MAKE PERSONALLY AN COERSED STANDARD I MAIL THEM AT THAT TIME OR NEVER! IT WAS 2 WEEK LATER AS I LOOK OVER MY COPY I SADDLY NOTICED SOMEBODY HAD DEFACE THE PETITION ORIGINAL AN LAST PARAGRAPH CLOSE TO MY SIGNIT-NATURE TO UNLAWFULLY INCITE I FILED HONESTYS COMPETENT COHERENCY THE TRUTHS AS MY WITNESS & ~~THAT IM HUMAN INNOCENT~~ INNOCENT! AS IF IT WAS ALL FOR NOT. I SUSPECT IT WAS OFFICIALS DICTUM AN QUEER CLERK WHOM RUN THE XEROX MACHINE RUSH PROCESS AN FILE. CAUSE WERE NOT ALLOWED MANILA ~~ENV~~ ENVOS FROM LAW LIBRARY THEN TO PREVENT ANY INCIVISM. I NEVER KNEW THE CONCEPTS THAT THE LAW REQUIRES THAT I HAVE AN ATTORNEY RESPECTIVELY AN CORRESPONDANTLY TO REPRESENT ME IN EXHAUSTING ALL MY STATE REMEDIES ON DIRECT APPEAL! AS ONLY A MONSTER CAN ~~DENIE~~ DENY THAT PREDETERMINED & FELONIOUSLY HORRID PREJUDICE BEYOND ANY REASONALBLE DOUBTS AGAINST ME!

Use additional sheets of 8 1/2" x 11" white paper if necessary. Attach all relevant supporting documentation.) YES PAGE 3 — 1 OF 3.

I, the undersigned declare under penalty of perjury under the laws of the State of California that the foregoing complaint is true and correct and as to such facts averred upon information and belief, that I am so informed and believe the same to be true, and affix my signature hereto.

Dated this 25 day of JUNE 25TH ~~199~~ 2008

☑ Attachments YES

No. of pages . . . . . . . . . . . . . . . . . . . . . . . .

(Complainant Signature)

Pg3 JUNE 25TH 2008 "CALIFORNIA PENAL CODE SECTION 832.5 CITIZENS COMPLAINT AGAINST PERSONAL"

AS ONLY A HORRID MONSTER CAN DENY THAT THE PREDETERMINED JUDICIALLY LETHAL PROVEN FATAL OR FELONIOUS HORRIFIC SENSATIONALISMS COMPOSE AN FLAGRANT PREJUDICE BEYOND AN OR ALL REASONABLE DOUBT IS THEIR INFATUATIONS OF MORAL TURPITUDE AGAINST ME AN THE TRUTHS AN HONESTYS STANDARDS OF PROOF AN EVIDENCE AN LIVING MEANING OF ANY BODY OF MY RIGHT THE LIVESAVING CODE OF ETHICS OF PROVANANUNCE OF THE UNITED STATES CONSTITUTION AN ENDORSEMENTS PREAMBLE PROVING IM INNOCENT, PROOF EVIDENCE AN TRUTHS AS MY WITNESS THAT PROVEN CLEARLY IM INNOCENT.

THE CONTENT OF TRUSTWORTHYNESS AN TRUTHS HERE IN AN IS THAT, THE FACT THAT I UNDER EXTENSIVE UNWARRENTED UNRULY MANIPULATIVE AN ABUSIVE PROVEN LETHAL ~~INTEM~~ INTIMIDATING AN OFFICIALLY SIMI COHERENT COERSIVE RELIABLE JUDICIALLY SHEILED INCIVISM CONFRONTATIVE EXTORTIVE BLAMEWORTHY GAINS STANDING FELONIOUS GREAT SLAUGHTERING STATEWIDE OF MY UNITED STATES CITIZENSHIP UNITED STATES CONSTITUTIONAL RIGHTS, AN BECAUSE IM NOT A LAWYER TO PREVENT IT. I HAVE HAD TO TAKE MY "DIRECT LEGAL DEFENSE APPEAL" AN CONVERT IT INTO A "HABEAS CORPUS" IN ORDER TO EXHAUST MY STATE REMEDIES. PROOF IS THAT AS AN EXAMPLE OF NOXIOUS ABANDONMENT OF MY UNITED STATES CONSTITUTIONAL RIGHTS, RIGHT TO DUE PROCESS AN JUDICIAL PROCESS. THE HAS BEEN NON OR LETHAL FELONIOUS PALLIATIONS OVERSIGHT BY AN APPEALLATE DEFENDERS INC, AN IN REGUARD REGARDS TO LAWFULL TRAITS AN RIGHTIOUS TRUSTWORTHY HONESTY UNDISTORTEDLY PROTECTING MY RIGHT AS A UNITED STATES CITIZEN MY UNITED STATES CONSTITUTIONAL RIGHT TO HAVE A TRUSTWORTHY AN COMPETENT ATTORNEYS TO REPRESENT ME ON DIRECT APPEAL, AS THE LAWS PERSCRIBE AN UNDISTORTEDLY PROTECT AN DEFEND MY BEING INNOCENT AN MY BEST INTEREST UNCOMPRIMIZED PREVAIL.

THUS I MR DAVID MARTINEZ THE INNOCENT PETITIONER ASK THAT THE COURT APPOINT A RESPECTFULL COMPETENT AN RIGHTIOUS ATTORNEY TO REPRESENT ME IN THIS AN THESE MATTERS FOR THE PURPOSE OF EXHAUSTING MY STATE REMEDIES AN FEDERAL HABEAS CORPUS AN DIRECT APPEAL. AN ALL ~~PROCEDIN~~ PROCCEDINGS AS TO MY REGARDS AN JUSTICE OF THE UNITED STATES CONSTITUTION AN WITH OUT DELAY PROVING IM INNOCENT OF ALL CHARGES AN HORRIFIC ALLEGATIONS AGAINST ME AN ITS INCITING.

THIS IS THE PLAIN TRUTHS

Mr David Martinez [signature]

MR DAVID MARTINEZ

JUNE 26TH 2008

INTERPRETIVE NOTES AND DECISIONS

Copy of French patent coming from proper source and authenticated in proper manner was admissible in evidence. Schoerken v Swift & C. & B. Co. (1881, CC NY) 7 F 469.

## § 1746. Unsworn declarations under penalty of perjury

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

(1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).
(Signature)".

(2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).
(Signature)".

(Added Oct. 18, 1976, P. L. 94-550, § 1(a), 90 Stat. 2534.)

PER UNITED STATES CODE SECTION, TITLE 28, TRUTH SECTION 1746: UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY. #(2) FOREMENTIONED; PER, COMPLAINT IN C.D.C. 602 OF THE STATE OF CALIFORNIA OF "C" INFORMAL LEVEL STAFF RESPONSE

DATE:

STAFF SIGNATURE:
DEFENDANT OFFICER

FIRST LEVEL
"E" REVIEWER'S ACTIONS

DATE COMPLETED:
RETURNED

STAFF SIGNATURE: TITLE: DATE TO INMATE:

DIVISION HEAD APPROVED SIGNATURE: TITLE:

POINT AN AUTHORITYS
UNITED STATES CONSTITUTION PRIMA FACIE
UNITED STATES DECLARATION IN FORMA PAUPERIS OF INDIGENT AN REQUEST FOR APPOINTMENT OF COUNSEL AN REASONABLE ATTORNEY FEE, DECLARE RIGHTS OF PARTIES

IMMEDIATE INJUCTIVE RELIEF TO PREVENT DEATH OF NONTOILED OF CALIFORNIA SUP COURT #S145934 FILED AUG 1ST 2006 WITH H.C #18105 BEING UNLAWFULLY TOILLED BY DEFENDANT STANDARDS TREND-SETTING FELONIOUS TRAIT INTENTIONAL IGNORENT ATTEMPTED DECAPITATION, OR KIDNAP, OR MURDER OF PLAINTIFF TRUSTWORTHINESS AN EVIDENCE PROVING LONG AGO HE'S NOT GUILTY.

(1) UNITED STATES CODE 18 § 3006 A, 28 UNITED STATES CODE § 1915 (d) § 2254 (H) UNITED STATE FEDERAL RULES OF HABEAS CORPUS RULE 8 (C), ETC

I DECLARE UNDER PENALTY OF PURJURY THE FORGOING OF TRUTH TRUTHS & CORRECT.

THIS IS THE PLAIN TRUTHS

Mr David Martinez

MR DAVID MARTINEZ

FOR FURTHER INFO PLEASE CONTACT HONORABLE [illegible] WAY UNITED STATES INSPECTOR GENERAL FOR INVESTIGATIONS! OF

KIDNAPED AN MURDERED AS I AM A SURVIVOR OF DEADLY HUMAN DECAPITATION FOR WHICH AS A CHILD I USED "SAME INSTANT" EXTRA EFFORT PHYSICAL FITNESS VAGUELY TO SPEAK OF AN SAVED A FEMALE (D.O.B. 1-23-63) COLOR SCHEME WHITE FEMALE JEANNINE CARLINE PATTERSON FROM BEING KIDNAPED DECAPITATED AN MURDERED ON CARDIFF ST LEMON GROVE SANDIEGO CALIF AN THE STATE OFFICIALS LET THE CULPRIT GET AWAY WITH IT ALL AN THREATEN MY HOME AN LOVED ONES. AS IVE SAVED OTHER HUMANKIND AS AN ADULT FROM SUFFERING THE DEATHS!

EXHIBIT (A) FILED JUNE 29TH 08 U.S.H.C.

HOWEVER STATE OFFICIALS AN OCCUPATIONAL ACCOMPLICES HAVE ASSURED ME THAT THEY WILL KILL ME OFF AN HAVE MADE ~~3~~ 4 DEADLY ATTEMPTS GONE SADDLY UNCONVICTED BECAUSE I DONT SUPPORT THE OFFICIALS COWARD SISSY PUNK FOLK WAY OF RETARDATES LUCRATIVE DISEASED CONTENT OF AFFECTION THEIR OF FELONIOUS INFATUATED LETHAL HUMAN ~~GEN~~ GENOCIDE AN THE STYLISH [illegible] INSURRE-CTIONAL INEPTITUDE ETC.

RECEIVED CATHY A CATTERSON, CLERK U.S. COURT OF APPEALS APR 28 2008

FILED DOCKETED DATE INITIAL

THE REASON WHY IM WRITING IS BECAUSE IN ~~THE~~ CONSUMER INFORMATION CATALOG OF SPRING 2002 ON PAGE 13 I FOUND SPONSORING AGENCIES TO SPEAK OF PCPFS, PRESIDENTS COUNCIL ON PHYSICAL FITNESS & SPORT FOR WHICH I WANT TO AS IF YOU WILL SO VERY PLEASE AN KINDLY SEND ME THEIR MAILING ADDRESS? WHY! WELL FRIENDS STATE OFFICIALS AN OCCUPATIONAL ACCOMPLICES HAVE RESOLUTELY OUTLAWED AN ARE ACTIVELY SEEKING TO KILL OFF IN EVERY DEGREE THE HUMAN RESPECT PRIDE HONOR AN CONTENT OF THE OFFICIAL BUSINESS ORDERS WROTE IN PURE GOLD INLAYED WITH U.S.A. JUSTICE BLUE THAT SHADOWS PURPLE PERSONALLY AN THE DIRECTLY FIRST HANDEDLY AN AUTHORIZED AN PERSONALLY FROM FROM AN DEFENDED BY THE LIVING HUMAN LIFE OF MY COUNTRYS SUPERIOR EXCELLENCY HONORABLE RIGHTEOUS DIGNITARY CHIEF OFFICER COMMANDER AN CHIEF ETERNAL PRESIDENT JOHN F. KENNEDY OF THE UNITED STATES OF AMERICA MY GOLD MEDAL OF MY EARNING OF MY LEARNING FOR "PHYSICAL FITNESS" FOR WHICH I AM A DIRECT SOVEREIN AUTHORIZED EXECUTIVE AN SAVED HUMAN LIVES IN THE MANDINTORIUM PRIDE HONOR AN RESOLUTE EFFORCEMENT THEIR OF! MR. DAVID MARTINEZ

AS OFFICIALS DREAD TO NEGLECT TO RESENT TO ACKNOWLEDGE THEIR LUST TO JUDICIALLY ILLICIT DESTROY MY COUNTRY AN THE TRUTH AS MY WITNESS PREVAIL. THIS IS VAGUELY THE PROBLEM! AN I DO THANK YOU ALL FOR YOU PROMPT ATTENTION AN CONSIDERATIONS

BEST WISHES!

MR MARTINEZ

AS FROM THIS CONCRET BOX IN PRISON THE LIBRARY IS OFF LIMITS TO ALL WHO ARENT ~~PICKED~~ PICKED TO VISIT (ITS UNFAIR)

EXHIBIT (B) FILED JUNE 29 08 U.S.H.C.

PROOF I'M BEING TRYING TO FIND MAY 13th 2002
HELP TO PREVENT OFFICIALS OF CALIF & NEUTRALITY DESIRED STEALTH IN A BLOODY LETHAL & SAD PENALTY OF HUMAN DEATH OF MY PERSON AN ANY BODY

DEAR, CONSUMER INFORMATION CENTER OF MY UNITED STATES ?
OR TO WHOM IT MAY CONCERN CONSTITUTIONAL RIGHT TO PREVENT OFFICIALS COMUNIS STEALTH INCIVISM INTERCONTINENTAL PRESIDIUM TO ~~SIDE LINE~~ DEVASTATE MY LEGAL DEFENSE'S
D=O=B=10=18=64= S.S.# 560=11=1518

MY NAME IS MR. MARTINEZ, SENDING MY SALUTATIONS TO YOU ALL AN RELATIONS IN HONOR THEIR OF. I'M WRITING TO SAY THAT OF MANY THINGS ONE IS THAT I RECEIVED YOU RESPONSE TODAY TO MY FEB, 21ST 2002 LETTER. AN I DO THANK YOU!

HOWEVER I'VE BEEN FRAMED CRIMINALLY, WITH OFFICIALS INFATUATED LUCRATIVE LETHALLY ASSURED PSYCOPATHIC UNCHASTEN FELONIOUS RES GESTAE DEADLY HUMAN GENOCIDE THAT IN SPITE AS ADULT EAGERLY REJECTED TO BE HELD IN MANDINTORIUM PRIDE AN HONOR OF THE TRUTH AN AS MY WITNESS IN OFFICIALS EFFORTS TO STRENTHEN THE HARDENING OF THEIR BOLDNESS OF ~~RACIS~~ ~~COMMU~~NIST BIGOTED DISIRED STYLISH TREND PREVAIL OF RESOLUTE MEGALOMANIACS "RES GESTAE" THAT HAS SADDLY THIS FAR IN THE LUCRATIVE NONCHALANT INFATUATED EXTENSIVELY JUDICIALLY ILLICITLY SHIELED ASSURE AN PROMOTED THE KIDNAP MURDER TORTURE DEATH OF A VERY PRECIOUS CHILD OF MY MARTINEZ RELATION, IN OFFICIALS ONGOING ASSURED PROMOTED OF COWARDISM TOLD ME THAT THEY WOULD (ILLEGALLY) SET ME UP AN SHOOT ME WITH THEIR MIN 14 (DEADLY) RIFLE BECAUSE IVE FILED COMPLAINT IN DOCUMENTATION (EXTENSIVELY THAT ARE SUPPRESSED BY OFFICIALS LAWFULL ENFORCEMENT) OF THE UNCONCEALMENT OF OFFICIALS INFATUATED DISIRED STYLISH TREND OF MURDERIOUS RANK BUILDING AN OFFICIALS SPITEFULLY EAGERLY MALICIOUSLY ILLEGALLY HAVE SEIZE ANY SUPPORT TO THE TRUTH AS MY WITNESS AN MY GAINING RESPECT IN SUPPORT FOR THE LAW TO REDRESS THE OFFICIALS LETHAL INFATUATED EXTENSIVE LUCRATIVE ASSURED RECIDIVISM FOREMENTIONED.

I'VE BEEN NOW ILLEGALLY CONVICTED AN SENTENCED FOR NO WRONG CAUSE TO HARM ANOTHER, A ~~THE~~ FABRICATED ALLEGATIONS AGAINST ME AN RETARDATED INTENTIONAL IGNORENCE OF ~~EVIDN~~ EVIDENCE AN SCEINTIFIC PROFF AN PRINT ANALYSIS THAT PROVEN CLEARLY MY INNOCENCE IS BEING TAUGHT AN EXTENSIVLY BY OFFICIAL CRIMINAL SYNDICALISM LUCRATIVE LUST IN DESTROYIN THE PRIDE AN HABITUAL HONOR IN THE GOODWILLNESS OF THE TRUTH AN MY LEGAL NATURE. AS OFFICIALS HAVE ILLEGALLY IN LUCRATIVE LETHAL RESOLUTE FELONIOUS TAUGHT PERILS HAVE OUTLAWED" THE GRAND FACTORS OF TRUTH AN OF MY CAUSE AN EFFORTS OF GALLANTRY IVE USED AS A U.S.A. CITIZEN TO CLEAN HANDEDLY IN EXTRA EFFORT PHYSICAL FIT SAVE FEMALEKIND HUMANKIND AN CHILDS FROM BEING DECAPITATED

P.S. WHAT DO I DO SINCE CALIFORNIA INCIVISM OFFICIALS WHOM REZENT TO BE HELD RESPONSIBLE AS ADULTS FOR THEIR ACTION (C/A SUPREME COURT FILED AGAINST [illegible] 2006 # [illegible] 5934) IN JULY 21ST 2006 NOTICE THEIR [illegible] SENT TO ME FILE I DID. BUT ITS PLACED IN UNLAWFUL LIMBO & THE DONT RESPONDED TO MY MAIL IN-RE SINCE. AN I NOTICED AFTER READING MY COPY I COULDNT MAKE PERSONAL SOME ONE UNLAWFULY DESECRATED THE LAST WORDS TO MAKE IT ALL FOR NOT)

& AS OF APRIL 24TH 2008 THE CALIFORNIA OFFICIALS LETHAL TRAITS & EFFECTS AGAIN OFFICER BAILY ACTING AS COUNSLOR, PROMOTING LETHAL PERILS FELONIOUS PALLIATIONS & OF NEUTRALITY OF INCIVISMS STARSTRUCK ~~PA~~ PARAPHNILA INFATUATIONS MEGALONMAN-IACS MURDERIOUS RANK BUILDING ENTHUSIASM SEEKS TO IN A PRIORITY ASSURANCE IN AN OF THEIR BLESSINGS AS OFFICIALS JUDICIALY SHIELED SENSATIONALISM MORE THAN 26 YRS AN TWICH OF TIME GUARANTEES OF STANDARDS PREVAIL AN OFFICIALS INTENTIONAL IGNORENCE THEIR OF PROMOTIONS OF THEIR FADE OF THEIR COMPEL NOTHINGLESS THAN THE ATTEMPTED BLOODY PAINFIELD HENIOUS ACTS PREDETERMINED PLOTED AN PLANNED CUTTING MY NICE FACE AN SKULL AN BRAINS OUT OF MY SKULL ALL MY LIVING LIFE AN SINCE I WAS LITTLE DAVID MARTINEZ USING MY BODY AN AS A SHIELD ON CARDIFF ST IN LEMON GROVE SAN DIEGO CA SAVING HUMAN LIVES OF UNITED STATES CITIZENS HUMAN KIND, FEMALE KIND, D.O.B. 1/23/1963, MY HABITUALL NONCRIMINALISM, AN NONINCIVISM PROGRAMING IN MY FAITH AS A UNITED STATES CITIZEN IN THAT I DO NOT HAVE TO CONDONE TO PREMEDITATED CRIME OR DISTORTIONS OF PROOF & OF [illegible] TRUTHS, AN TRUTH STANDARDS RESPONSIBLY IN PREVENTING THE DECEASEMENTS ANY BODY OF MY RIGHT THE PROVANAUNCE LIVESAVING CODE OF ETHICS OF OUR COUNTRYS FOUND-ING FATHER OF THESE UNITED STATES. IM NOT A LAWYER & DONT HAVE THE SOPHISTICATION TO DO JOB. 5 JUDGES SIGNATURES IN 2005 PRIORITIZED IN ORDERS THAT ALL THOUGH SIMILY DETAILED THEY CAN (REALLY) UNDERSTAND WHY I EVEN CHALLANGE THEM AN THEIR IN LASSEN COUNTY CA FORCING TOXIC POISONESS SYRENGE HYPEDERMIC NEDDLE INJECT-IONS ON ME IN OFFICIAL INCIVISM REVENGES HAD ME IN DEATH STRAP SHACKLES THEIR REASON BEING IN FEMALE & MALE MEDICAL & CUSTODY (REVENGES THAT NEVER BEEN JUSTICE) TO PUNISH ME AN GET ME TO PROGRAM, OBVIOUSLY TO DISTORT ANY COMMON COURTESYS & RESPECTS IN PROOF AN TRUTHS FROM ANY BODY OF MY RIGHTS THAT PROVEN CLEARLY MY INNOCEN-CE, PREVIOUS AN SUBSEQUENT TO DATE. LASSEN COUNTY CALIF CREEPOS OFFICIALS AT HIGH (YR 2000) DESERT STATE PRISON AUTHORITYS OF COMUNIST RACIST INCIVISM INTERCONTINENTIAL PRECIDIUM HAS THREATEN TO SET ME UP AN KILL ME WITH THEIR MINI 14 RIFLE IN DUE TIME AN (YR 2000) SEEING THAT THE CONFESSED WHITE RACIST BIGOTS MEN OF INCIVISM FELONIOUS PALLIATIONS & NEUTRALITY ~~AND~~ SAID THEY GOT ENOUGH TIME TO SINCE THE UNLAWFULLY ARREST TRIAL & SENTENCE TO LIFE IN PRISON ASSURES THEM SO, SADLY WE LOST 7 OF MY FAMILY RELATIVES & SINCE 2000. OFFICIALS RESPONSE IN 2005 CRESENT CITY IN THEIR INCIVISM PRIORITYS STAR STRUCK UNCHASTIZEMENT CONTRIBUTE ENDORSEMENT OF ITS PANDAMONIA COLLUSIONS STATED PER MANY AN ONE C/O DICKERTSON DEC. 7, 2005 AT 7:57 AM ON THE ~~PRISON~~ PRISON LOCKED DOOR CELL TEIR CALLED IT POPULATION CONTROL PROVIDED BY OFFICIALS BOASTING ITS A BIG ORGANIZATION, AN THEIR ~~GLAD~~ GLAD IT HAPPENS AN OFFICIALS REPULSIVE INFATUATION STATED ITS A GOOD THING AN NEUTRALTY. (HOW DO I PREVENT MY MOTION FOR MENTION & HERE WITH BEING PLACE IN LIMBO TO COMPEL STIGMATA?) 2 (1997 OFFICIALS LASSEN CO CA HDSP) THREATEN TO SET ME UP & TO KILL ME BECAUSE (WHITE RACIST COMMUNIST MEN OFFICIALS &) I'M NOT OF THEIR SAME FAITH AN THEIR RESOLUTE DEVASTATIONS OF PROCESS (MR DUNCAN CREEPO) ARREST AN CONVICTION FOR KIDNAP & SADLY MURDER OF A PRECIOUS INNOCENT CHILD OF MY MARTINEZ RELATION AT ANY TIME OR 1997 LASSEN CO CA CREEPO OFFICIALS OF COMMUNIST CONFESSED NOT DENIED RACIST MEN (FOLLOWED) 1997 SHOT & KILLED A ASSOCIATE ON SAME YARD OF MY SAME NAME & ETHICS FIRST NAME THAT IS ONE DAVID TORRES, OFFICIALS ~~&~~ KNOWING MY BIRTH NAME MADE OATH TO HELP HIM AS MAC REP AN CAGED HIM OUTNUMBERED AN ALONE WITH MANY RIVALS AN OFFICIALS SHOT HIM DEAD STATING HE FOUGHT THE ALL THE WAY TO THE HOSPITAL ~~OBV~~ OVIOUSLY OFFICIALS JUDICIALY STANDARD OF PUNISHING THE SICK. IN 2000 I WAS SENT TO CRESENT CITY CA 2 COMMUNIST OFFICIALS WHITE WELL ESTABLISHED WHITE BIGOTED CRIMIN-ALS FOLLOWED THE BUS I WAS ON FROM HDSP AN ATTACKED ME AFTER GETING OFF THE BUS AS I WAS SHACKED IN DEATH STRAPS AN UNLAWFULLY OFFICIALS FORCED LETHAL HENIOUS POISONESS NEDDLE SYRENGE INJECTIONS ON ME THATS SADLY DEVASTATED MY HEALTH MY TRAIN OF THOUGHT SOME TIME AN ANY EVENT TO AVOID ADULT INFANTILE WHITE RACIST BIGOT INCIVISM STANDARDS THAT STAR STRUCK INFATUATED 5TH COLLUMNIST CAPITOLIST COMM UNIST COLLUSIONS AS OFFICIALS OF CALIF & THEIR FANS THAT SEEK WITH THEIR INVESTMENT OF PREMEDITATED ~~MURDR~~ MURDER TOWARD HOLDING THEM ACCOUNTABLE FOR ABANDONING BEING RESPONSIBLE AS ADULT AN (A ASSET TO PREVENTING ANY DECEASEMENT TO ANY BODY OF RIGHT THE PROVANUNCE OF OUR COUNTRY'S CONSTITUTION OF THE UNITED STATES) NOW ASSUREING PANDAMONIA STIGMATA STANDARD HAS MATURED IN LETHAL STEALTHS UNCHASTIZEMENTS AN PLAN TO UNLAWFULLY SEND ME BACK TO LASSEN CO CALIF HIGH DESERT STATE PRISON IN A DEATHS A WAITE SYNOPSIS. SO I ASK HONESTLY HOW CAN YOU HELP ME PREVENT THAT TRANSFER TO LASSEN CO CA HDSP BEING IMPOSSED TO DATE BY OFFICIALS HERE AT CORCORAN CA. WELL AWEAR OF THE FOREMENTIONED? THEY SAY THEY BELIVE I HAVE A MENTAL ILLNESS FOR SAVING HUMAN LIVES LIVES OF U.S.A. CITIZEN, HUMAN KIND FEMALE KIND. PLEASE DONT KILL ME ANY FAMILY & MY RIGHT TO FIND INFO TO ACCURATLY PREVENT UNJUSTICE & LASSEN CO TRANSF

EXHIBIT C FILED JUNE 29 2006 U.S.H.C

NINTH CIRCUIT COURT OF APPEALS, SUPERIOUR EXCELLENCY'S HONORABLE JANUARY 9TH 2006
TO, RIGHTEOUS JUSTICES MAGISTRATES CHIEF JUSTICE & WHOM IT MAY CONCERN. APRIL 24 2008,
RESPECTS AN COMMON COURTESYS TO YOU ALWAYS AN WHEN DUE & TO THE FACT
PLEASE PREVENT THE PUNISHMENT & MAIMING OF THE TRUTHS AS MY WITNESS. S.C.D. 111782
MY NAME IS MR DAVID MARTINEZ I BEEN UNLAWFULLY CONVICTED, HABEAS CORPUS # 18105 APPEAL # D47197
AS I SEEK TO FIND UNALIENATED RIGHTIOUS RESPECT AN PRIDE AN HONOR AS CITIZENS OF THE UNITED STATES INDEMNITY IN PROOF UNCOMPRIMIZED PREVAIL IN AN OF HEALTHY GOODWILL AN WELLNESS FACTUAL COHERENT COMPETENT NON DISFUCTIONAL, NONINCIVISM TRAITS OF HONESTY NONRETARDATE RECOGNITIONS IN CONCRET EVIDENCE FACTUAL EVIDENCE THAT WITH PROOF AN PRINT TEST PROVEN CLEARLY MY IMPECCABLE-NESS AN HABITUAL DESIRE TO FIND UNALIENATED UNCOMPRIMIZED SUPPORT IN OUR DEBT TO SOCIETY AN IN PREVAILANCE IN PREVENTING ANY DECEASE-MENT OF ANY BODY OF MY RIGHT THE LIVE SAVING CODE OF ETHNIC STANDARD OF OUR COUNTRYS PRESIDENT OF THE UNITED STATES PREVAIL IN EXECUTIVE AUTHORITY VIA THE FEDERAL CONSTITUTION OF LAWS OF THE UNITED STATES. BAN [illegible] EFFORTS TO THE EXTENSIVELY JUDICIALLY SHIELED CHOPPING THE SKULL OFF MY SHOLDERS BEFOR AN ON INTO MY ADULT LIFE, THE UNLAWFULL JUDICIALLY SHIELED DEATH SENTENCE THUS HAS AN IS IN CELEBRATION OF MAIMING OR DEVAS-TATING ANY COMPETENT UNCOMPRIMIZED AN HABITUAL TRAITS OF HONESTY IN ANY EVENT AN RECOGNITIONS OF COHERENT TRUTHS AN CLEAR AN CONVINCING EVIDE-NCE THAT PROVEN MY IMPECCABLENESS AN THAT WOULD HOLD THE ADULTS REALLY NONDISFUCTIONALY ACCOUNTABLE FOR THEIR ACTIONS AS ADULTS OFFICIALS OF CALIFORNIA,

AN THEIR 5TH COLLUMNIST CAPITOLIST JUDICIALLY SHIELED COMMUNIST AN INTENTIONAL IGNORENT INCIVISIM COLUSION THAT SEEKS TO CULTIVATE MAIMING OR DEVASTATING OR KILLING OF UNDISTORTED STANDARD & PROOF & TRUTH AS MY WITNESS! THE EFFORTS THAT DOES NOT PASSIFY ITS EGOS OR FUND TO ESCAPE AN PROMOTE THEIR MORTIFYING ANY STARTLING AWES OR RECOGNITIONS OF THEIR GUILT OFFICIALY OF CALIFORNIA BLESSINGS TO THEMSELF IN ASSURING PRIORITY OF CUTING MY SKULL OF SINCE I WAS CHILD. NOT THATS SADLY ACCOMODATED ITS ALLOCATION IN THEIR INFATUATED UNCHASTIZE-MENT VOLUNTARY IRRESISTABLE PANDAMONIA STIGMATA IMPULSIVES NEUROSIS AN OF COMPULSIVES THAT PLEADGES ITS SELF OFF AS A HIGHER STANDARDS OF INDIVIDU-ALS THAT A "STRICT LIABILITY IN TORTS" AN "ZONES OF DANGER" FAILED TO PROVIDE AN REASONABLE CARE TO CONFINE OR CONVICT THEIR ASSURANCE THATS SADLY HAS ALLOWED THEIR COHORT CREEP OFFICER JACOB MARCH IN SACRAMENTO CA THAT IN ITS EXTENSIVE CONSENSUS ASSURES AN ENFORCED A PREDETERMINED (STATUTE OF LIMITA-TIONS IN PREVENT OFFICER MARCH IN THE MONTH OF MARCH 2005 JANUARY 2005 KILLED A PRECIOUS INNOCENT CHILD OF MY RAMIREZ RELATION. OBVIOUSLY IN OFFICIALS CELEBRATED SIMI COHERENT STUPOR TO WILLFULLY AN IN PREDETERMINEDNESS AN OFFICIALS STATEING FROM HERE IN CRESENT CITY CA THEIR GLAD A FEEL ITS A GOOD THING AN CALLED IT POPULATION CONTROL. OBVIOUSLY IN OFFICIALS EFFORTS AN IN THEIR INTENTIONAL IGNORENCE PREDETERMINED DEVASTATIONS IN THE TRAITS OF HONESTY AN THE REALITY IN THE TRUTHS AS MY WITNESS AN MY EXTENSIVE INVESTMENT IN PREVENTING DEATHS WEIGHT SENERIOS. (HOW DO I PREVENT OFFICIALS UNLAWFULISM PUTING IN LIMBO MY MOTION 5145934 ???

ON SEPT 23RD 2005 PER SUP COURT OF THE STATE OF CALIF IN AN FOR COUNTY OF SAN-DIEGO IN-RE HABEAS CORPUS 18105, S.C.D. 111782 IN ITS ENTIRITY AN D047497, JUDGE L.P. HAMMES, JUDGE L. VALENETINE JR. IN THEIR COLUSIVE AN RESOLUTE EFFORT TO PARADE AS AN AUTHORITY THE GUESSING AN CONJECTURISM AN INCANTATIONS AS KNOWLEDGE AN NEUROSIS PANDAMONIA ENTUSIASM UNCHASTIZED STIGMATA AS RULE OF LAW THAT BEEN UNLAWFULLY USED TO CONVICT AN SENTENCE ME AN AGAIN FOR NOTHING IVE EVER DONE & BECAUSE PRISON NEVER BEEN MY FAMILY VALUE.

AS THE JUDGES SEE TO CLOSE THEIR EYES TO THE PERILS UNLAWFILLED AN LETHAL INCIVISM RELIED PRIMARILY ON THEIR AUTHORITY UNRULY AN RAMPANT TO COMPEL THEIR OBVIOUS LIVELYHOODED PROMOTION OF DISADVANTAGEOUS AN DANGERIOUSNE-SS OF STANDARDS COMPLEMENTED IN PROBLEMS OR ANNUAL, DAILY SITUATIONS AGAINST ME.

JUDGES HAVE ACCOMIDATED PROMOTION OF NEW DARKNESS AN DEATH. IN THEIR TRAITS OF LETHAL HUMANGENOCIDE ON THOES WHOM NEGLECT TO PASSIFY ITS EGOS, OR FUND TO ESCAPE THEIR DREAD TO NEGLECT TO REZENT TO FACE ITS GUILT DESIGN TO MAIM OR CAUSE FURTHER HOPELESSNESS IN AVOIDING DEATHS WEIGHT AN AWAITE IN SENERIOS THAT SEEKS TO ELIMINATE UNCOMPRIMIZE HONOR IN TRUTHS

EXHIBIT (F) FILED JUNE 29 2008 U.S.H.C.

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**
**P.O. Box 193939**
**95 Seventh Street**
**San Francisco, CA. 94119-3939**

May 6, 2008

CALIFORNIA SUPREME COURT H.B. # S145934 THATS BEING UNLAWFULLY DESECRAT-
-ED AN PREVENTED UNDISTORTED LAWFULL TRAIT STANDARD JUDICIAL PROCESSING.

Mr. Martinez
aka Robert Vasquez #E-38193
C.S.P. Corcoran
shu 4 Byrd I Right #27
P.O. Box 3481
Corcoran, CA. 93212

I THEN RECEIVED THIS AT APPROX 8:45 PM ON MAY 8TH 2008. IN OFFICIALS RESOLUTE DISTROTIONS OF BEING HELD ACCOUNTABLE FOR THEIR ACTIONS & CONDONATIONS AS ADULTS FELONIOUS TRAIT OF PALLIATIONS INCIVISM AN STANDARDS OF PROVEN LETHAL COERCIONS OF PANDAMONIAS INTENTIONAL IGNORENT MURDERIOUS RANK BUILDING. AGAINST THE STANDARD OF PROOF & TRUTHS AS MY WITNESS PROVING IM INNOCENT AN DONT HAVE TO CONDONE TO PREMEDITATED CRIME OR DISTORTIONS OF EVIDENCE AN PREVENTING ALL DECEASEMENTS ANY BODY OF RIGHTS THE LIVESAVING CODE OF ETHICS OF MY COUNTRYS PRESIDENTS OF THESE UNITED STATES AN CONSTITUTION PREVAIL AN DISCLOSE PROOFS IVE BEEN FRAMED UNLAWFULLY CRIMINALLY.

Dear Mr. Martinez:

This court is in receipt of your letter. We are a court of limited jurisdiction which means that it can only review cases which have been first filed and then decided in a U.S. District Court within this circuit.

Your letter is being returned to you in the event that you wish to pursue your action in the U.S. District Court.

Sincerely,

MOLLY DWYER
Clerk of Court

By: Joseph Williams
Joseph Williams
Deputy Clerk

MAY 19TH 2008 PAGE 1 OF 2
APPROX 10:15 AM

DEAR SUPERIOR EXCELLENCY HONORABLE RIGHTIOUS DIGNITARY CHIEF JUSTICE'S OF THESE UNITED STATES, NINTH CIRCUIT COURT OF APPEALS.

RESPECTS AN COMMON COURTESYS TO YOU AN YOURS AN I DO HOPE WHEN THIS DOES REACH YOUR HANDS THAT YOU WILL BE OF SOME COMPETENT COHERENT TRAIT OF STANDARD OF HONESTY REALITYS THE PROOF AN TRUTHS AS MY WITNESS UNDISTROTED PREVAIL MY NAME IS MR. DAVID MARTINEZ MY HABITUAL DESIRE TO FIND ANY LAWFULL STANDARDS OF UNCOMPRIMIZED SUPPORT TAKING RESPONSIBILITY AS AN UNITED STATES CITIZEN AN AS A ADULT AN TRAIT I WAS NOT BORN TO BE SOMEONES CRIMINAL... PROOF WHY IN THAT I DO NOT HAVE TO CONDONE TO MISTERY OR NO MISTERY OF PREMEDITATED CRIME, OR ANY DEGREE OF THE MONUMETAL DISTORTIONS OF ANY COMPETENT OR COHERENCY OF EVIDENCE OR OF MY PREVENTING ANY DISIRE OF DECEASEMENTS OF ANY BODY OF RIGHTS THE IVE USED TO SURVIVE BLOODY LETHAL STANDARDS AN JUDICIALY SHIELED BLESSING TO THEMSELFS OFFICIALS INFATUATED PANDAMONIA ATTEMPTED KIDNAP MURDER AN DECAPITATION OF MY HONESTY PERSON SINCE I WAS LITTLE DAVID MARTINEZ THE TRUTHS AS MY WITNESS THE IMPECCABLE PRESTEGE OR DIGNITY PROVAVNCE AN MY ENDORSEMENT PROTECTED BY THE LIVING HUMAN LIVE AUTHORIZED IN DECREE WROTE IN PURE GOLD ORDERS THAT SAYS MY NAME DAVID MARTINEZ AN MY PHYSICAL FITNESS PATCH PROVANVANCE FROM THE LIVING MEANING OF MY OR OUR ASSURANCE AN INSSURANCE OF SUPERIOR EXCELLENCY HONORABLE RIGHTIOUS DIGNITARY CHIEF OFFICER COMMANDER AN CHIEF ETERNAL PRESIDENT JOHN F. KENNEDY OF THESE UNITED STATES THE LIVE SAVING CODE OF ETHICS OF OUR COUNTRYS FOUNDING FATHERS OF THESE UNITED STATES PREVAIL VIA EXECUTIVELY OF THE UNITED STATES CONSTITUTION NOR DEPRIVE ANY ONE OF THESE RIGHT OF MINE AN OTHERS OF EQUAL PROTECTIONS THEIROF AN UNDISTORTED COMPETENT RECOGNITION OF THE EVIDENCE AN PROOF AS IT EXSIST THAT PROVEN CLEARLY IM INNOCENT PREV-IOUS AN SUBSEQUENT TO DATE.
HOW CAN YOU HELP JUSTICE PREVAIL STANDARD THAT PROVES IM INNOCENT AN THAT BECAUSE IM ~~INDIGNI~~ INDIGENT IM OWED UNALIENAT-ED, OR UNCOMPRIMIZE ~~##~~ LEGAL COUNSEL TO REPRESENT ME VIA THE UNITED STATES CONSTITUTION 14 AMENDMENTS, CALIFORNIA SUPREME COURT PEOPLE VS BARTON 21 CAL. 3d 513 CAL SUP 146 CAL RPTR 727 # 15 CRIMINAL LAW 998 (20) AS TO MY APPEALEANT OR MY APPELLATE LEGAL DEFENSE PREVAIL AT PRESENT. AN HOW CAN WE PREVENT THE NONCOHERENCY THAT HOLD IN LIMBO MY LEGAL DEFENSE PROCESS BY EXCUSES TO SUBSTAIN DEATH TO ANY EVENT MY ENDORSEMENTS LIVING MEANING UNDISTORTED PREVAIL OF NON LIMBO

MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR
JORGE NAVARRETE
SUPERVISING DEPUTY CLERK
SAN FRANCISCO

NATALIE ROBINSON
SUPERVISING DEPUTY CLERK
LOS ANGELES

**Supreme Court of California**

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

☐ SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000

☑ LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

RECEIVED
AUG 14 2006 TW
CLERK SUPREME COURT
LOS ANGELES

July 21, 2006

Mr. David Martinez MY INNOCENCE IS NOT A SOME TIMES MAYBE PROPOSAL OF TRUTHFUL EVIDENCE PROOF AS MY WITNESS.
Aka Robert Vasquez
#E-38193
CSP—Corcoran
P.O. Box 3476
Corcoran, CA 93212

**Re: D04797: Petition for Writ of Error Coram Nobis:**

Dear Mr. Martinez:

Your letter, received on June 30, 2006, appears to express a desire to challenge the legal cause or condition of your restraint.

To consider this material, we require a petition for writ of habeas corpus in approved form. A copy of the approved form is enclosed. Please complete the form as fully as possible and sign it at the bottom of page six. We must have an original signature. An original and four copies of the enclosed form are required from you. Your institution has facilities for making the required number of copies. If the institution refuses to make copies, we will accept the original alone. ON JULY 18TH 2006 AM C.S.P CORCORAN SHU. OFFICIALS TOLD ME THE IN ANY EVENT ONLY MAKE 3 COPYS AN NO BACK PAGES WROTE ON BACK WILL BE COPIED, FROM AN AT LAW LIBRARY 4B YARD. C.S.P. CORCORAN SHU. & ON

It is very important that you properly identify yourself by using both your name and alias when writing to the Court; failure to do so may result in delayed, returned or lost mail and/or the misidentification of your cases causing to incorrect information being given to you. I was only able to find the above case after an exhaustive search of all the Courts' of Appeal dockets. I am returning the Superior Court's Certificate of Service under the name of Robert Vasquez. (As for #D047197, the Supreme Court lost jurisdiction to consider a Petition for Review on November 30, 2005.) IM NOT LAWYER AN I WAS NEVER NOTIFIED OF THIS OR PROCESS. THUS PROVING COURT CONTINUED CRIMINAL ABUSE OF PROCESS AN ALLOWING ME THE OPPROTUNITY TO PROVE MY INNOCENCE.

Very truly yours,

FREDERICK K. OHLRICH
Court Administrator and
Clerk of the Supreme Court

U.S.H.C.
EXHIBIT (G) FILED
JUNE 29 TH 2008

Patricia A. Quinn,
Deputy Clerk

H.C.# 18105
EXHIBIT (A)
FILED THE PLAIN TRUTHS!
08/01/2006

Paq/la/sf; Enclosure 5

ON JULY 24TH 2006 I DID RECEIVE THIS IN THE P.M FOR SURVIVING BLOODY DECAPITATION AN SAVING OTHER ... THE TRUTH AS MY WITNESS PREVAIL TH... FORGIVENESS

THIS IS WHAT I RECEIVED ON JUNE 7TH 2001 WITH INNOCENCE PROJECT NORTHWEST SCREENING QUESTIONAIRE
I RECEIVE THIS NOTICE 2 1/2 YEAR AFTER IT WAS SENT TO MY PEOPLE.
1 OF 2 PAGES

EXHIBIT (H)
FILED JUNE 29, 2008
U.S.H.C.
1 OF 2 PAGES

MARILEE MARSHALL
ATTORNEY AT LAW
CERTIFIED CRIMINAL LAW SPECIALIST
THE STATE BAR OF CALIFORNIA BOARD OF LEGAL SPECIALIZATION
64 N. FAIR OAKS AVE
SECOND FLOOR
PASADENA, CA 91103
(626) 564-1136 FAX (626) 564-1264

February 3, 1999

Mr. Andy Valdez
c/o Davina Valdez — MAIDEN NAME DAVINA MARTINEZ, MY SISTER
985 Montebello Dr.
Apt A-202
Gilroy, CA. 95020

Re: David Martinez

Dear Mr. Valdez:

Enclosed as you requested are the transcripts and opinions of the court on your brother-in-laws case.

He was "UNLAWFULLY" convicted of a residential burglary, tried by a jury found guilty and sentenced under the Three Strikes Law to 25 years to life in prison. The court found two serious felony priors conviction true which were used as strikes and are also suppose to be used to enhance the sentence by five years each. The court did not give him an extra five years for each of those at that time. David appealed and the court of appeal affirmed the conviction and ordered that the court impose the additional 10 years for the two priors. The court also said that the court had discretion to strike one of the strikes and sentence him as a second strike instead of a third strike defendant. I didn't handle this appeal, a Mr. David Kelly did. His papers are also enclosed. David went back and got resentenced and the court imposed the extra 10 years as it was ordered to do, and refused to use its discretion to strike a strike. This is where I came in. I was appointed to appeal from the new sentence...so I argued that the court abused its discretion and should have stricken one of the strikes. As you can see from the opinion, the court of appeal did not agree.

EXHIBIT (I) FILED JUNE 29-2008 U.S.H.C. (2PG)

Nothing else was on the table at the time I took over the case other than the abuse of discretion issue. I don't think David understands why I can't just open up the whole case and doesn't understand that there are procedural rules which preclude me from doing that. He really is not able to communicate at all other than to say that he has been "framed criminally". I have never seen the transcripts of the jury trial, the police reports, or the paper work involving his priors since all I did was the sentencing appeal. David did send me the preliminary hearing transcript and one page of the police report. You may want to contact David Kelly, the attorney who handled the first appeal, and also the trial attorney to see how discrepancies in the witnesses testimony was resolved at trial. If he is innocent of the crime for which he was convicted, he would need to attack the conviction by way of habeas corpus. Similarly if the priors are not his he would need to file a petition for writ of habeas corpus. Since an investigation would need to be done in San Diego, it would be best if you hired a local attorney. He apparently has an aka of Robert Vasquez and also Gary Montoya.

I am pleased to know that he has family that care about him.

Sincerely,

Marilee Marshall

MARILEE MARSHALL

Enc.

usable print was lifted, but was never compared with anyone's known fingerprints. (R.T. pp. 159-160.)

PROOF AN TRUTHS IM INNOCENT LONG AGO REZENTED TO FACE AN OTHER LATTENT PRINTS THAT LONG AGO PROVEN IM INNOCENT AN NOT OF OFFICIALS SIM1 COHERENCE OF STANDARD OF REALITY THAT DREADS TO NEGLECT TO REZENT TO FACE ITS GUILTS VIA PROOF & TRUTH AS MY WITNESS PROV-ING IM INNOCENT Mr David Martinez

<u>The Prior Convictions</u>

The one-year prison prior was proved by court documents in Court Exhibit-9, including the Abstract of Judgment in CR106606 and Court Exhibit-12, including the Abstracts of Judgment in CR84869 and CR86909. The first "serious felony" and "strike" prior was proved by court documents in Court Exhibit-12, including the Abstract of Judgment in CR86909. The second "serious felony" and "strike" prior was proved by court documents in Court Exhibit-9 and Court Exhibit, including the Abstract of Judgment in CR106606. Mr. Arlyn Bove, a fingerprint examiner, testified that the person who made the fingerprints on the Booking Sheet for the instant case in Court Exhibit-13, is the same person who made the fingerprints appearing on the aforementioned three Abstracts of Judgment in CR 848669, CR86909, and CR106606. (R.T. pp. 294-296.)

V.S.H.C. EXHIBIT (J) FILED JUNE 29th 2008



THE STATE BAR
OF CALIFORNIA

OFFICE OF THE CHIEF TRIAL COUNSEL
INTAKE

1149 SOUTH HILL STREET, LOS ANGELES, CALIFORNIA 90015-2299

TELEPHONE: (213) 765-1000
TDD: (213) 765-1566
FAX: (213) 765-1168
http://www.calbar.ca.gov

U.S.H.C
EXHIBIT (K)
FILED JUNE 29TH 2008

June 19, 2006

Mr. David Martinez
DOC # E-38193
CDC AKA R. Vasques
4A-4L-#15
C.S.P. Corcoran SHV
P. O. Box 3476
Corcoran, CA

Dear Mr. Martinez:

This is in response to your letter dated June 13, 2006. Please be advised that the State Bar of California does not refer attorneys and does not have a list of attorneys.

You may wish to contact either Tulare County Bar Association, Lawyer Referral Service, 208 West Main Street, Suite 2, Visalia, CA 93291, Telephone No.:(559) 732-2513 or Attorney Referral and Information Service of the Fresno County Bar Association, 1221 Van Ness Ave., # 300, Fresno, CA 93721-1720, Telephone No.:(559) 264-0137, to see if they may assist you.

We regret we are unable to assist you.

Very truly yours,

OFFICE OF THE CHIEF TRIAL COUNSEL/INTAKE

P95



**IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA**

U.S.H.C. EXHIBIT (L) FILED JUNE 29th 2008

**FOURTH APPELLATE DISTRICT**

**DIVISION ONE**

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br>Plaintiff and Respondent,<br>v.<br>**DAVID EDWARD MARTINEZ,**<br>Defendant and Appellant. | Court of Appeal<br>No. **D024602**<br>Superior Court<br>No. **SDC-111782**<br>NOT EVER<br>**ABANDONMENT OF APPEAL** |

**APPEAL FROM THE SUPERIOR COURT OF SAN DIEGO COUNTY**

Honorable Norbert Ehrenfreund, Judge

---

**APPLICATION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**

---

**DAVID L. KELLY**
Attorney at Law
(Bar # 82060)
8996 Miramar Road
Suite 300
San Diego, CA 92126
(619) 271-9318

Attorney for Defendant and Appellant

BY APPOINTMENT OF COURT OF APPEAL
UNDER APPELLATE DEFENDERS, INC.
INDEPENDENT CASE SYSTEM

ON JULY 24TH 2006 PM I RECEIVED THIS FROM THE SUPREME COURT OF CALIFORNIA 350 MC ALLISTER STREET SAN FRANCISCO CA 94102-4797 WITH LETTER OF JULY 21ST 06 FROM FREDERICK K. OHLRICH COURT ADMINISTRATOR & CLERK OF SUPREME COURT

EXHIBIT (A+) ATTACHED

MC-275

Name MR DAVID MARTINEZ / FAKE NAME ROBERT A VASQUEZ C.D.C. NO. E38193 IVE BEEN FRAMED UNLAWFULLY CRIMINALLY.

Address 4B-2R-#16 C.S.P. CORCORAN S.H.V.

POST OFFICE BOX 3481 / 4001 KING AVE

CORCORAN CA 93212-3481

CDC or ID Number E-38193

**S145934**

SUPREME COURT
FILED
AUG 11 2006
Frederick K. Ohlrich Clerk
DEPUTY

U.S.H.C. EXHIBIT (M) JUNE 29 2008 FILED

SUPREME COURT OF CALIFORNIA
(Court)

IN-RE HABEAS CORPUS #18105.
THE INNOCENT MR DAVID MARTINEZ
Petitioner THE TRUTHS AS MY WITNESS.
vs.
SAN DIEGO SUP COURT THE PEOPLE OF THIS STATE OF CALIFORNIA REAL
Respondent PARTY OF INTEREST

## PETITION FOR WRIT OF HABEAS CORPUS

IN-RE CATALANO (1981) 29 CAL 3d 1 (171 CAL RPTR 667) IN-RE MICHAEL E (1975) 15 CAL 3d 183, 193, FN 15, 123 CAL RPTR 103)

No. ______________
(To be supplied by the Clerk of the Court)

RECEIVED
AUG 11 2006
CLERK SUPREME COURT
LOS ANGELES

### INSTRUCTIONS—READ CAREFULLY YES

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**
- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions. YES
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury. TRUTH
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page." YES I WILL
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents. YES AN IN-RE LETTER OF JULY 21ST 2006 FROM CALIFORNIA SUPREME COURT AN CLERK ADMINISTRATOR FREDERICK K OHLRICH INSTRUCTIONS AN C.S.P. CORCORAN SHV 4B LAW LIBRARY OFFICIALS IM ONLY NOT ALLOWED 4 COPYS SO I WILL SEND THE ORIGINAL COPY & EXHIBITS TO YOU. CAN YOU RETURN ME A COPY
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the Judicial Council of California MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.; Cal. Rules of Court, rule 60(a)

American LegalNet, Inc. www.USCourtForms.com

# CALIFORNIA APPELLATE COURTS

Case Information

Welcome
Search
E-mail
Calendar
Help
Opinions

C|C home

## 4th Appellate District Div 1

**(Cases begin at D035601)**

Change court

U.S.H.C EXHIBIT (N) FILED JUNE 29TH 2008

Court data last updated: 06/26/2006 11:23 AM

Case Summary  Docket  Scheduled Actions  Briefs  Disposition  Parties and Attorneys  Trial Court

## Docket (Register of Actions)

**Martinez v. The People**
**Division 1**
**Case Number D047197**

| Date | Description | Notes |
| --- | --- | --- |
| 09/26/2005 | Filed petition for writ of: | Coram Nobis MARTINEZ aka VASQUEZ |
| 09/26/2005 | Letter sent to: | petitioner (WRITL). |
| 10/31/2005 | Order denying petition filed. | VOID |
| 10/31/2005 | Case complete. | VOID |

**Click here to request automatic e-mail notifications about this case.**

©2004 Judicial Council of California

H.C. #18105
EXHIBIT (B)
FILED THE PLAIN TRUTH!
8/01/2006

ON JULY 24TH 2006 PM I DID RECEIVE THIS

2:38 PM OCT 3RD 2005 I RECEIVED THIS

# Court of Appeal

State of California
FOURTH APPELLATE DISTRICT
Division One
750 B Street, Suite 300
San Diego, CA 92101-8196
www.courtinfo.ca.gov/courts/courtsofappeal
(619) 645-2760

U.S.H.C EXHIBIT (O) FILED JUNE 29, 2008

September 26, 2005

RE: DAVID MARTINEZ,
Petitioner,
v.
SUPERIOR COURT OF SAN DIEGO COUNTY,
Respondent,
PEOPLE OF THE STATE OF CALIFORNIA,
Real Party in Interest.
**D047197** / D024602 / DA. NO P57776O1
**San Diego County No. SCD111782**

Dear Petitioner:

Your petition for writ of coram nobis has been received and filed on September 23, 2005, and assigned case number D047197. It is currently pending before the court. You will be notified of the court's decision once it has been rendered.

Please notify the court should you have a change of address.

STEPHEN M. KELLY, CLERK

BY: Jean Cook
Deputy Clerk

- An inmate abuses the service to the extent that other inmates are deprived of such service or
- An unnecessary expense to the State results.

Authority to restrict copy service shall not be delegated below the level of Captain. Reasons for the restriction of service shall be documented by using a CDC Form 128-B, General Chrono.

**14010.21.2 Legal Documents**

The following are considered legal documents for the purpose of providing copy service to inmates:

- Writs--habeas corpus, mandate, etc.
- Civil rights complaints.
- Civil complaints or answers.
- Petitions for hearings in appellate courts.
- Motions to proceed "in forma pauperis" (without funds to hire counsel).
- Exhibits, including slip opinions of the California Court of Appeals, when attached to petitions for hearing in the State Supreme Court.

**14010.21.3 Non-legal Documents**

The following are considered non-legal documents for the purpose of providing copy service to inmates:

- Law book pages.
- Law review articles.
- Court transcripts.
- Correspondence with attorneys or public officials.
- Slip opinions, except as noted above.

Inmates shall be charged for copies of these documents.

**14010.21.4 Size And Number of Copies For Court Documents**

The number of copies required by the courts of the following documents is:

| Court | Writs of Habeas Corpus | Appeals & Certiorari Petitions | Hearings and Other Writs | Exhibits |
|---|---|---|---|---|
| U.S. Supreme Court | Original and Appendix (a) | Original and 8 Copies | — | Original |
| U.S. Court of Appeals | Original and 3 Copies | Original and 15 Copies(b) | — | Original and 3 Copies |
| U.S. District Courts | Original and 3 Copies | — | — | Original and 3 Copies |
| State Supreme Court | Original and 14 Copies | Original and 14 Copies | Original and 14 Copies | Original and 1 Copy |
| State Court of Appeals | Original and 3 Copies | Original and 3 Copies | Original and 3 Copies | Original and 1 Copy |
| State Superior Courts | Original | — | — | Original |

APPLYS

(a) Indigent inmates--original and In Forma Pauperis affidavit.

(b) Indigent inmates--original and four copies.

Paper size for all courts is 8 1/2" x 11."

**14010.22 Notarization of Legal Documents**

Each facility shall have at least one employee commissioned as a notary public and available during regular business hours. Upon request from an employee, an inmate, or an inmate's attorney, notary service shall be provided upon payment of established notary fees.

Facility documents requiring notarization may be notarized at no charge to the State. No other notary services shall be provided without charge as the court provides an alternative to notarization. Under CCP 2015.5, and Title 28, U.S. Code (USC) 1746 (cited as 28 USC 1746) documents can be filed with a declaration under penalty of perjury.

Notary services shall be provided as expeditiously as possible, consistent with security and other facility needs.

An employee acting as a notary shall not read a document to witness the signature other than to ascertain the title or description of the document for the notary's record book and to ensure the person whose signature is being witnessed signs it in front of the notary.

**14010.22.1 Identification of Persons**

An employee acting as a notary may not acknowledge an instrument unless they know or have satisfactory evidence that the person making the acknowledgment is the individual who is described in and who executed the instrument.

Satisfactory evidence shall be:

- The person is personally known to the notary.
- An identification card or driver's license issued by the California Department of Motor Vehicles (DMV).
- An inmate identification card issued by the Department if the inmate is in custody.
- Other documents described in CC 1185.

**14010.23 Legal Information For Parole Agents**

DOM 80000, contains additional information governing how the P&CSD staff handles legal matters unique to that division.

**14010.24 Education of Professionals From the Judicial System**

Professionals of the judicial system shall be kept informed about programs and services available to inmates within the Department. This can be accomplished by:

- The Department's participation in the annual Superior Court Criminal Law Institute.
- Participation in programs presented by the California Center for Judicial Education and Research.
- The Director's annual report to municipal and superior courts.
- Acquainting professionals in the criminal justice and judicial system regarding the programs and services available to persons committed to the Department as civil narcotic addicts as an alternative to commitment as a felon.

In accordance with the provisions of DOM 13020, Wardens may invite professionals of the judicial system into facilities to observe operations and activities and gain first-hand, up-to-date knowledge about the programs and services available to inmates.

**14010.25 Revisions**

The Deputy Director, LAD, or designee shall be responsible for ensuring that the contents of this section are kept current and accurate.

**14010.26 References**

CC §§ 1185 and 1798, et seq.

CCP §§ 415 et seq., and 2015.5.

EC §§ 1043 and 1046.

GC §§ 3300, et seq.

PC §§ 832.7, 832.8, 1170(d), 1203.03, 1328, and 1328.5.

18 USC 1746.

DEAR CHIEF JUSTICE AUGUST 7TH 2008

OF THE UNITED STATES DISTRICT COURT 1 OF 3

FOR THE SOUTHERN DISTRICT IN CALIFORNIA

FEDERAL OFFICE BUILDING

880 FRONT STREET, SUITE 4290

SAN DIEGO CA. 92101-8900

AN TO WHOM IT MAY CONCERN,,,

(1) S.A.S.E. ENCLOSED THESE U.S. MAILING SUPPLYS & WRITING PAPER IS FROM MY OWN DEFICT OF ARTISTS SUPPLYS! BECAUSE IM INDIGENT THEIR NOT EVER AVALABLE UPON REQUEST! STATE OF CA INDIGENT U.S. POSTAGE APPLIED

ITS ME DAVID MARTINEZ.

I SEND MY RESPECT AN COMMON COURTESY ALWAY AN IN THE COMMERATION OF MANDINTORY REGIMENT UNDISTORTED PREVAIL AS CITIZENS OF THESE UNITED STATES. AN THE HORRID REALLITY IS THAT IVE SADDLY BEEN FRAMED AGAIN CRIMINALLY CRIMINALLY BY STATE OF CALIFORNIA AUTHORITY AN JUDICIALLY SHIELED INFATUATED TAUGHT ENTHUSIASIM WHOM FESTIVITYS OF COMMFORT AN BLESSING OF JOY HAVE FOR AN TO THEMSELFS JUDICIALLY SHIELED LONG AGO AN NOTHINGLESS THAN THE PSYCOPATHIC FELONIOUS INTENTIONAL TRENDSETTING, IGNORENT PRIORITY OF THE BLOODY, PAINFEELING TOXIC COSTIC CAUSTIC LETHAL ATTEMPTED CUTTING MY HEAD, MY FACE, MY SKULL, MY SKIN, MY RIGHT TEMPLE AREA, AN MY HAIR AN MY ONLY BRAINS OUT OF MY NECK AN SHOLDERS SINCE I WAS LITTLE MARTINEZ, DAVID MARTINEZ MY PERSON AN ON INTO MY ADULT LIFE BECAUSE I USED MY BODY AS A SHIELED (ON CARDIFF ST) AN SAVED HUMAN LIVES AN OF UNITED STATES CITIZENS HUMAN KIND, FEMALE KIND, AN MY HABITUAL UNITED STATES RIGHT I WAS BORN TO HONOR AN ADOR OF CHAMPIONING MANDINTORIUM TO WIT AN THAT I DO NOT HAVE TO CONDONE TO PREMEDITATED CRIMES, OR DISTORTIONS OF FACTS REALITYS AN TRUTHS AS A U.S.A CITIZEN AN AS MY WITNESS AN PREVENTING THE DECEASEMENTS OF ANY BODY OF MY RIGHT DISIRE HABITUALY PREVAIL THE PROVANUANCE OF THE LIVESAVING CODE OF ETHICS OF OUR COUNTRYS FOUNDING FATHERS PREVAIL VIA EXECUTIVE AUTHORITY OF OUR COUNTRYS CONSTITUTION OF THESE UNITED STATES CONSTITUTION NOR DEPRIVE ANY OF EQUAL PROTECTIONS THEIR OF AN THE COMMERATION PROTECTED BY THE LIVING HUMAN LIVE PREVAIL AUTHORIZED IN DECREE THE ORDERS WROTE IN PURE GOLD INLAYED WITH U.S.A. JUSTICE BLUE THAT SHADDOWS PURPLE AN THAT SAYS MY NAME DAVID MARTINEZ AN MY PATCH AWARDED FROM ETERNAL PRESIDENT JOHN F. KENNEDY OF THE UNITED STATES OF THE UNITED STATES PHYSICAL FITNESS. HOWEVER, IM WRIGHTING IN REGARD TO THAT ON OR ABOUT JUNE 29TH 08 I FILED A INDIGENT 1ST HABEAS CORPUS WITH YOU. AN I WANT TO ASK IF YOU CAN RESPOND AN LET ME KNOW THE FILE #?? I DO HAVE SOME OTHER IMPORTANT INFO ON PAGE TWO. BUT CONCERNING THE FORMENTION I LOOK FORWARD TO YOUR RESPONSE!

(NOTE, GALLO CALLED AMBULANCE AN ITS SAYS THEY HAD TO CUT VICTIM PANT OFF AN HE HAD NO GUN & THATS JOSE LUIS REYES, VICTIM WHOM WAS SHOT BY REYES. WAS FOUND TO HAVE NO GUN.)

JUST MOMENTS AGO WHEN I RETURNED FROM GETTING SUN SHIN IN A GROTESK PLACE CALLED YARD, DOG KENNELS CAGES IS WHAT THEY ARE IN FACT! I FINELY FOUND OUT THAT THE CELLY MATE THEY FORCE ME TO TAKE, BY C/O GONZALES AN AD-SEG LT WHOM SAY THAT IF I DIDN'T (SUBMITT TO OFFICIAL BUSINESS OF PUNISHING THE SICK OR OPERABLE MEDICAL CONDITION) OR CHEATING US OUT OF FOOD, BY OFFICIALS EFFECTS OF REVENGE THAT NOT EVER BEEN JUSTICE! I WOULD BE FORCE TO FORFIT (MY CHAMPIONING COMMERATION OF BEST WISHES AN CONSIDING ETERNAL VICTORY OF THE LIVESAVING AN SAIN CODE OF ETHICS OF U.S.A. CITIZENS AN THE HARSH REALITY OF IMPPECABLNE--SS THE REALITY AN FACTUAL SAINTY TRUTHS AS A WITNESS IN LIVING COLOR VIA MY WORKING APPLIANCE MY COLOR T.V.) MY T.V. AN BE FORCE TO AD-SEG ASU 4B1R CORCORAN CA WERE SADLY IVE HEARD PERSONS TELL ME THEY'VE BEEN AN SADLY WENT CRAZY, EVEN FORMER U.S. ARMY PERSONEL (1) FRED # CELL 52 4B1R MARCH 2008 SINCE TRANSFERED.)

HOWEVER, THAT THE CELLY THE GAVE ME HAD LEFT, I WAS AFFRAID OF AN EXPLOSIVE SITUATION WITH IT DAILY ITS NAME "JOSE LUIS REYES" WHY FOR WANTING TO REPORT HIM FOR HIS CONFESSED ACTS OF ATTEMPTED MURDER, OR MURDER HE CONFESS TO ME AN BE GAVE TO FEEL REAL SORRY FOR IT WHEN HE DRANK STATE BEER ONE MADE, HIS ~~MAGBE~~ HORRID WORDS OF ACT WERE IN FACT, HE WHILE LIVING IN STOCTON CA YEARS AGO WAS 18 OR 19 OR SO DRINKING AT A CANTINA WITH OTHERS BAR OWNER NAME GALLO IN SPANISH OR NIC NAME, A HISPANIC KNOCKED HIS HAT OF AN IN SPANISH BEGAN TO BALIGERANTLY TAUNT AN CHALLANGE JOSE LUIS REYES AKA CHOLO, JESSE, PRIMO, AN OPENED HIS TRENCH COAT AS IF FOR A WEAPON, AN QUICKLY REYES PULLED OUT A 25 SIMI AUTO MATIC IN HIS POCKET IN ITS RIGHT HAND AN AS EVERY BODY SCATTERED HE REYES DISCHARGED HIS GUN 3 TO FIVE TIMES LEAVE ~~LEAVA~~ STRAIGHT IN THE FACE OF VICTIM AS AN IN NOTICE OF ITS ASSURANCE AN WATCHED THE IMPACTED BULLET ONE OR TWO AS IF NOTHING ABNORMAL TOOK PLACE AN WAS TOLD BY GALLO, THAT GALLO WOULD COVER UP FOR HIM AN SAY IT WAS A BLACK OR FROM SOMEWERE ELSE JUST WALKED IN AN SHOT AN JUMPED IN A CAR AN LEFT IT THAT WAY BECAUSE, THE (VICTIM DESERVED IT & GALLOS WORDS AN WERE) AN BOTHERING EVERYONE! REYES, IS A TAUNTING MONSTER AN FAKE SWOLLOWS ITS PILLS, AN THREATEN AN DID CHALLANGE ME OFTEN ITS 5'8", 250 POUNDS 20" ARMS, IRRATE TO BE WOKEN, AN GARGULS IN ITS SLEEP AN WOKEN ON ITS OWN, LOOKING FOR SOMEBODY TO HURT OR KILL FOR IT! OFFICIALS HAVE FORCED LETHAL TOXIC POSINES NEDDLE INJECTIONS ON ME WHILE IN DEATH STRAPS SEVERAL OCCASSIONS IN ITS REASON TO PUNISH ME AN GET ME TO PROGRAM STATEWIDE / DEVASTATING MY HEALTH AN WHAT IT ONCE WAS AN MY HEALTH FORMENTIONED,

PAGE 3, AN MY FAITH FOR MENTION

AN BECAUSE I WILL NOT DISTORT EVIDENCE MY HEALTH AN REPRESENTATIONS OF AN OF BODY OF RIGHT OF EVIDENCE AS A U.S.A. CITIZEN PROOF AN TRUTHS AS MY WITNESS. AN EXTENSIVELY ADIQUATE AN REMEDIAL MEDICAL MEDICAL CARE AN DENTAL CARE HAS BEEN PROHIBITED TO PROVIDE TO ME! OFFICIALS STANDARDS OF AN A ENTHUSIASM OF EFFECTS REVENGE ANNUAL AN IN BED WITH ITS ASSURANCE HAS REFUSED ME ACCURATE AN PROPER MEDICAL AN DETAL DENTIAL CARE, HENCE MEDICAL & DENTAL CARE OFFICIALS REFUSE TO GIVE ME IS MEDICAL & DENTAL CARE DENIED TO ME! OBVIOUSLY BY CALIFORNIA ATTORNEY GENERAL STANDARDS THEY'VE HABITUALY ASSURED ME IN STATEWIDE AN EXTENSIVE ECUSES FOR ITS ELF THAT THEY DONT CARE ABOUT SAVING HUMAN LIVES, THEY CARE ABOUT THE CHARGES AN ALLEGATIONS THE DISTRICT ATTORNEY HAS TO PROVIDE, CULTIVATING ITS INFATUATED COLLATERAL DAMAGES EXTENSIVELY ASSURED AN STATE WIDE, TO MAIM, OR DEVASTATE OR MORTIFY OR MUTILATE ANY PROVANUANCE TRAIT AN STANDARDS INDEMNITYS AN SOLATIUMS AN FUNDING TO ME AN RETAINING UNDISFUCTIONAL LEGAL REPRESENTATION AN IN THE PROOF AN TRUTHS AS MY WITNESS THAT LONG AGO PROVEN CLEARLY MY INNOCENCE AN HABITUAL ASSURANCE IN PREVENTING THE DECEASEMENTS OF ANY BODY OF MY RIGHT OUR RIGHT TRAIT AN DUTY AS RESPONSIBLE MATURE ADULTS THE LIVESAVING CODE OF ETHICS AN PROVANANNCE OF OUR COUNTRY S FOUNDING FATHERS OF THESE UNITED STATES CONSTITUTION NOR DEPRIVE ANY OF EQUAL PROTECTIONS THEIR OF IVE IN TRAIT AN HABITUALLY USED TO SAVE HUMAN LIVES OF UNITED STATES CITIZENS. CALIFORNIA OFFICIALS HAVE REASSURED ME THAT (IN THEIR CAUSTIC COMMUNIS INTENTIONAL IGNORENT PARAPHNILLA INFATUATIONS) THEY BELIVE IM A RECIDIVIST AN A CRIMINAL AN DISGRACE TO THEM AN SOCITY 1ST VERBALY BECAUSE I SEEK SUPPORT UNCOMPRIMIZED INDEMNITYS AN SOLATIUMS FOR SAVING U.S.A. CITIZENS LIVES AN OF FEMALE KIND, AN DISIRED UNDISTORTED RECOGNITION IN THE PROOF AN TRUTHS AN EVIDENCE OBVIOUSLY AS ADULTS THAT CLEARLY PROVEN IM INNOCENT LONG AGO!

OFFICIAL'S SEEK TO STANDARDLY MAIM MY HEALTH EVEN NOW SO I WILL NOT BE ABLE TO PROTECT MY OWN SELF! YES YOU'VE READ RIGHT, AN AS A CITIZEN OF THESE UNITED STATES RESPONSIBLE FOR ALL MY ACTIONS MY DEBT TO MY COUNTRY AN THE CONSTITUTION OF THESE UNITED STATES ESPECIALLY PROVANUANCE TO ACSVER NON CHILD VIOLATED IS WAY FAR TO MANY,,, TO COUNT!

I HAVE NO MORE INFORMATION AT THIS TIME.

PLEASE, PLEASE RESPOND! BEST WISHES

THANKS!

CONGRESS OF THE UNITED STATES CONSTITUENT

MR DAVID MARTINEZ AN FIANCEE MY WIFE TO BE PROXY PICCO

I NEED QUALITY MEDICAL DENTAL HELP!

Congress of the United States Constituent David Martinez

a wife to be proxy picco

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

FILED
AUG 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**David Edward Martinez**

**DEFENDANTS**

**State of California, et al**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Kings
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**David Edward Martinez**
**PO Box 3481**
**Corcoran, CA 93212**
**E-38193**

**ATTORNEYS (IF KNOWN)**

**'08 CV 1489 WQH POR**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**28 U.S.C. 2254**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Eiectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☒ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 8/11/2008

~~SIGNATURE OF ATTORNEY OF RECORD~~