PLAINTIFF INNOCENT MR DAVID MARTINEZ.
IVE BEEN FRAMED UNLAWFULLY CRIMINALLY AN
LABLED ROBERT VASQUEZ C.D.C. E38193
C.S.P. CORCORAN SHV 4 BYRD 1 RIGHT #27
P.O. BOX 3481 / 4001 KING AVE
CORCORAN CA 93212 INPROPRIA PERSONA
CALIFORNIA SUPREME COURT # S145934

JUNE 28TH 2008

FILED AUG 1 1 2008 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT
## SOUTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| UNITED STATES SUFFICIENT INDICIA OF RELIABILITY HARSH REALITY OF IMPRECABLENESS AN EVIDENCE INNOCENT DAVID MARTINEZ **PLAINTIFF** S.S.# 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 D.O.B. 10/8/64 **VS** STATE OF CALIFORNIA MORAL TURPITUDE NEUTRALITY IN AN FOR COUNTY OF SAN DIEGO ATTORNEY GENERAL REAL PARTY OF INTEREST. **DEFENDANTS** | UNITED STATES CONSTITUTION PRIMA FACIE UNITED STATES DECLARATION IN FORMA PAUPERIS OF INDIGENT AN REQUEST FOR APPOINTMENT OF COUNSEL, AN REASONABLE ATTORNEY FEES, DECLARE RIGHT OF PARTIES & IMMEDIATE INJUCTIVE RELIEF TO PREVENT DEATH OF NON-TOILING OF CALIFORNIA SUP COURT # S145934 FILED, AUGUST 1ST 2006 WITH H.C.# 18105 BEING UNLAWFULLY TOILED BY DEFENDANTS, STANDARD EXTENSIVE TRENDSET FELONIOUS TRAIL OF ATTEMPT DECAPITATION, OR KIDNAP OR MURDER OF TRUSTWORTHY & EVIDENCE PROVING NOT GUILTY PLAINTIFF '08 CV 1489 WQH POR |

I MR DAVID MARTINEZ DECLARE IM THE INNOCENT PETITIONER OF GOOD FAITHS IN-RE. AN THAT IM UNLAWFULL INCARCERATED, UNLAWFULLY ARRESTED, UNLAWFULLY TRIALED, AN SENTENCED AN CONVICTED FOR MANY THINGS IVE NEVER DONE. IM UNLAWFULLY IN CUSTODY IN CALIFORNIA STATE PRISON. AN THAT IM INDIGENT, AN UNABLE TO AFFORD COUNSEL OR PREVENT THE ABANDONMENT BY COUNSEL ON DIRECT APPEAL TO REPRESENT ME PREVAIL IN PREVENTING "ANY DECEASEMENT" OF ANY BODY OF MY RIGHT UNCOMPRIMIZED VIA EXECUTIVE AT AUTHORITY OF THE UNITED STATES FEDERAL CONSTITUTION OF LAWS OF THESE UNITED STATES AN UNDISTORTED PROOF & TRUTHS AS MY WITNESS, AN MY SAVING HUMAN LIVES OF UNITED STATES CITIZEN (OF SORTS LET RECORD REFLECT: JEANNINE PATERSON D.O.B. 1/23/63) MY TOTAL ASSETS ARE $0 AN MY MONTHLY INCOME IS $0. I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THIS MATER SO THAT MY INTEREST AT BEST MAY BE PROTECTED BY PROFESSIONAL ASSISTANCE REQUIRED. IN ADDITION WHEN A COURT ISSUE AN ORDER TO SHOW CAUSE COUNSEL MUST BE APPOINTED FOR AN INDIGENT PETITIONER WHOM REQUEST COUNSEL. SEE CALIFORNIA RULES OF COURT, RULE 4.551 (C)(2). I DO DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS OF "TRUTHS" AN CORRECT.

JUNE 28TH 2008                                                    *Mr David Martinez*
AT CORCORAN CALIFORNIA STATE PRISON                  MR DAVID MARTINEZ

