# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EDWARD MARTINEZ,<br><br>　　　　　　　Petitioner,<br><br>　vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　　Respondent. | CASE NO. 08cv1489 DMS (POR)<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

On August 28, 2008, this Court issued an order dismissing without prejudice Petitioner David Edward Martinez's ("Petitioner's") Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, and denying his request to proceed in forma pauperis. (Doc. 4.) Petitioner was given until October 24, 2008 to pay the filing fee or provide proof of his inability to pay and submit a First Amended Petition that named a proper respondent and stated grounds for relief. (*Id.* at 3.) Petitioner filed a requests for certificate of appealability (Doc. 8), and for an extension of time to file his request (Doc. 9). The request for the certificate of appealability also appears to include motions to proceed in forma pauperis, for appointment of counsel, and requesting immediate injunctive, compensatory, and punitive damages. (Doc. 8, at 3-8.)

A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). *See also Slack*

1 | *v. McDaniel*, 529 U.S. 473, 484 (2000).

2 |     Having reviewed the application, petition, and the August 29, 2008 order denying the petition
3 | without prejudice, the Court finds Petitioner has failed to demonstrate that reasonable jurists would
4 | find this Court's denial of the petition debatable. Therefore, the Court denies Petitioner's request for
5 | a certificate of appealability. Because the Court has denied Petitioner's request, it does not reach the
6 | other motions raised in Petitioner's application.

7 | **IT IS SO ORDERED.**

8 | DATED: October 23, 2008

                                            HON. DANA M. SABRAW
                                            United States District Judge